**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF INDIANA**

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action No. 20-386 |
| CITY OF GARY, INDIANA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## CONSENT DECREE

## TABLE OF CONTENTS

I.      JURISDICTION AND VENUE.................................................................................. 1

II.     APPLICABILITY ................................................................................................... 2

III.    DEFINITIONS ....................................................................................................... 2

IV.     COMPLIANCE REQUIREMENTS ...................................................................... 4

   A.   GCCS Design Plan Implementation ................................................................. 4

   B.   GCCS Operation and Monitoring Requirements ............................................. 5

   C.   Surface Emissions ............................................................................................ 7

   D.   Cover Integrity .................................................................................................. 9

   E.   Gas Probes and Landfill Gas Migration........................................................... 9

   F.   Permits ............................................................................................................... 9

   G.   Approval of Deliverables ................................................................................ 10

V.      CIVIL PENALTY ............................................................................................... 11

VI.     REPORTING REQUIREMENTS........................................................................ 11

VII.    STIPULATED PENALTIES ............................................................................... 14

VIII.   FORCE MAJEURE ............................................................................................. 16

IX.     DISPUTE RESOLUTION ................................................................................... 17

X.      RIGHT OF ENTRY AND INFORMATION COLLECTION AND RETENTION ..... 18

XI.     EFFECT OF SETTLEMENT/RESERVATION OF RIGHTS ....................................... 19

XII.    COSTS ................................................................................................................. 20

XIII.   NOTICES ............................................................................................................. 20

XIV.    EFFECTIVE DATE ............................................................................................. 21

XV.     RETENTION OF JURISDICTION ..................................................................... 22

XVI.    MODIFICATION ................................................................................................ 22

XVII.   TERMINATION .................................................................................................. 22

XVIII.   PUBLIC PARTICIPATION ............................................................................................. 22

XIX.   SIGNATORIES/SERVICE ............................................................................................ 23

XX.   INTEGRATION ........................................................................................................... 23

XXI.   FINAL JUDGMENT .................................................................................................... 23

XXII.   APPENDICES .............................................................................................................. 23

## **TABLE OF APPENDICES**

| Appendix 1 | GCCS Design Plan |
|---|---|
| Appendix 2 | Wellhead Monitoring SOP |
| Appendix 3 | Surface Monitoring SOP |
| Appendix 4 | Cover Integrity SOP |

## CONSENT DECREE

WHEREAS, Plaintiff United States of America ("United States"), on behalf of the United States Environmental Protection Agency ("EPA"), filed a Complaint in this action concurrently with this Consent Decree alleging that the Defendant, the City of Gary, Indiana ("Gary"), violated: (1) the National Emission Standards for Hazardous Air Pollutants ("NESHAP") provisions of the Clean Air Act ("CAA" or "Act"), 42 U.S.C. § 7412, and its implementing regulations, including the NESHAP regulations codified at 40 C.F.R. Part 63, Subpart AAAA; (2) the provisions of the federally-enforceable state implementation plan ("SIP") for Indiana that incorporates the relevant requirements of the NESHAP; (3) New Source Performance Standards ("NSPS") for municipal solid waste landfills at 40 C.F.R. Part 60, Subpart WWW; (4) Emission Guidelines ("EG") for existing municipal solid waste landfills at 40 C.F.R. Part 60, Subpart Cc; and (5) Gary's Title V operating permit;

WHEREAS, the Complaint alleges that the above violations took place at the municipal solid waste landfill at 1900 Burr Street in Gary, Indiana, owned and operated by Gary ("Facility" or "Landfill");

WHERAS, Gary represents that the Landfill began accepting waste in the mid-1950's, ceased receiving waste in June of 1997, and was capped under the direction and oversight of the Indiana Department of Environmental Management ("IDEM") in 1998 with an alternative cover system design approved by IDEM;

WHEREAS, Gary represents that the Landfill cover system included a geosynthetic clay liner covered by sand and beachgrass that was primarily designed to prevent stormwater infiltration rather than landfill gas collection considerations;

WHEREAS, Gary does not admit any liability to the United States arising out of the transactions or occurrences alleged in the Complaint;

WHEREAS, the United States and Gary (the "Parties") recognize, and the Court by entering this Consent Decree finds, that this Consent Decree has been negotiated by the Parties in good faith and will avoid litigation between the Parties and that this Consent Decree is fair, reasonable, and in the public interest;

NOW, THEREFORE, before the taking of any testimony, without the adjudication or admission of any issue of fact or law except as provided in Section I (Jurisdiction and Venue), and with the consent of the Parties, IT IS HEREBY ADJUDGED, ORDERED, AND DECREED as follows:

## I.   JURISDICTION AND VENUE

1.      This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§ 1331, 1345, 1355, 1362, and 1367, and Section 113(b) of the CAA, 42 U.S.C. § 7413(b), and over the Parties.  Venue lies in this District pursuant to Section 113(b) of the CAA, 42 U.S.C. § 7413(b), and 28 U.S.C. §§ 1391(b) and (c) and 1395(a), because the violations

alleged in the Complaint are alleged to have occurred in, and Gary conducts business in, this judicial district.  Gary consents to this Court's jurisdiction over this Consent Decree and any action to enforce this Consent Decree, and to venue in this judicial district.

2.      For purposes of this Consent Decree, Gary agrees that the Complaint states claims upon which relief may be granted pursuant to Section 113(b) of the CAA, 42 U.S.C. § 7413(b).

## II.      APPLICABILITY

3.      The obligations of this Consent Decree apply to and are binding upon the United States and upon Gary and any successors, assigns, or other entities or persons otherwise bound by law.

4.      No transfer of ownership or operation of the Facility, whether in compliance with the procedures of this Paragraph or otherwise, shall relieve Gary of its obligation to ensure that the terms of the Decree are implemented.  At least 30 Days prior to such transfer, Gary shall provide a copy of this Consent Decree to the proposed transferee and shall simultaneously provide written notice of the prospective transfer, together with a copy of the proposed written agreement, to EPA Region 5, the United States Attorney for the Northern District of Indiana, and the United States Department of Justice, in accordance with Section XIII (Notices).  Any attempt to transfer ownership or operation of the Facility without complying with this Paragraph constitutes a violation of this Decree.

5.      Gary shall provide a copy of this Consent Decree to all officers, employees, and agents whose duties might reasonably include compliance with any provision of this Decree, as well as to any contractor retained to perform work required under this Consent Decree.  Gary shall condition any such contract upon performance of the work in conformity with the terms of this Consent Decree.

6.      In any action to enforce this Consent Decree, Gary shall not raise as a defense the failure by any of its officers, directors, employees, agents, or contractors to take any actions necessary to comply with the provisions of this Consent Decree.  Nothing in this Paragraph shall preclude Gary from invoking Force Majeure pursuant to Section VIII.

## III.      DEFINITIONS

7.      Terms used in this Consent Decree that are defined in the CAA or in federal and state regulations promulgated pursuant to the CAA shall have the meaning assigned to them in the CAA or such regulations, unless otherwise provided in this Decree.  Whenever the terms set forth below are used in this Consent Decree, including attached appendices, the following definitions shall apply:

         a.      "Active Collection System" shall mean a gas collection system that uses Gas Mover Equipment.

b.      "Active Gas Extraction Well" shall mean a vertical or horizontal perforated pipe placed in a drilled vertical or horizontal hole in the ground or surface of the landfill designed to extract landfill gas through the use of active vacuum applied by the Gas Mover Equipment.

c.      "Boundary Gas Extraction Well" shall mean an Active Gas Extraction Well that is located outside or on the border of the Waste Footprint of the Landfill and is used primarily to reduce landfill gas migration.

d.      "Complaint" shall mean the complaint filed by the United States in this action.

e.      "Consent Decree" or "Decree" shall mean this Decree and all appendices attached hereto.

f.      "Cover Integrity" shall mean the state of the landfill cover relative to its original state and intended purpose.

g.      "Day" shall mean a calendar day.  In computing any period of time under this Consent Decree, where the last day would fall on a Saturday, Sunday, or federal or State holiday, the period shall run until the close of business of the next working day.

h.      "Effective Date" or "Date of Entry" shall have the meaning given in Section XIV (Effective Date).

i.      "EPA" shall mean the United States Environmental Protection Agency and any successor departments or agencies.

j.      "Flare" shall mean an open combustor without enclosure or shroud.

k.      "Gas Collection and Control System" or "GCCS" shall mean the gas collection and control system at the Landfill.

l.      "Gas Mover Equipment" shall mean the equipment (i.e., fan, blower, compressor) used to transport landfill gas through the header system.

m.      "Gas Probe" shall mean a small perforated pipe placed in a drilled vertical hole at the Landfill boundary that is monitored for potential landfill gas migration.

n.      "Gas Well" shall mean an Active Gas Extraction Well or Passive Gas Well.

o.      "GCCS Design Plan" or "Design Plan" shall mean the written plan that outlines how Gary intends to design, construct, and operate a system at the Landfill that conforms to the requirements in the landfill NSPS.

3

p.      "Interior Well" shall mean any Active Gas Extraction Well, Passive Gas Well, or similar such gas collection component located inside the perimeter of the Waste Footprint.  A perimeter well located outside the Waste Footprint is not an interior well.

q.      "Landfill" shall mean the municipal solid waste landfill at 1900 Burr Street in Gary, Indiana, owned and operated by Gary.

r.      "Month" shall mean calendar month.

s.      "Paragraph" shall mean a portion of this Consent Decree identified by an Arabic numeral.

t.      "Passive Collection System" shall mean a gas collection system that solely uses positive pressure within the landfill to move the gas rather than using Gas Mover Equipment.

u.      "Passive Gas Well" shall mean a vertical or horizontal perforated pipe placed in a drilled vertical or horizontal hole in the ground or surface of the landfill designed to extract landfill gas through the use of the positive pressure of the landfill rather than the Gas Mover Equipment.

v.      "Permit" shall mean Gary's Title V Permit, No. T089-34007-00143, and all revisions, modifications, renewals, and successors to this permit.

w.      "Section" shall mean a portion of this Consent Decree identified by a Roman numeral.

x.      "United States" shall mean the United States of America, acting on behalf of EPA.

y.      "VOCs" shall mean volatile organic compounds.

z.      "Waste Footprint" shall mean the area within the Landfill boundary where waste was placed.

## IV.   COMPLIANCE REQUIREMENTS

### A.   GCCS Design Plan Implementation

8.      <u>GCCS Design Plan Implementation</u>.  Gary shall comply with the GCCS Design Plan, attached to this Consent Decree as Appendix 1.  All GCCS improvements described in the Design Plan shall be completed by two years from the date of lodging of the Consent Decree. Any possible amendments to the GCCS Design Plan must be submitted to EPA for review and approval in accordance with Section IV.G.

**B.** **GCCS Operation and Monitoring Requirements**

9. **GCCS Wellhead Monitoring.**

a. **Active Gas Extraction Wells.**  Gary shall monitor the gauge pressure, oxygen concentration, and temperature at each Active Gas Extraction Well at the frequency listed in Table 1 below.

**Table 1: Frequency of GCCS Active Gas Extraction Well Monitoring**

| Start Activity | Finish Activity | Frequency |
|---|---|---|
| Date of Entry | GCCS Installation | Monthly |
| GCCS Installation | Six Months after GCCS Installation | Twice Monthly |
| Six Months after GCCS Installation | Consent Decree Termination | Monthly |

b. **Passive Gas Wells.**  Gary shall monitor the temperature and oxygen concentration at each Passive Gas Well on a monthly basis.

c. **Wellhead Monitoring Standard Operating Procedure.**  Gary shall follow a standard operating procedure for wellhead monitoring ("Wellhead Monitoring SOP") that includes background information, equipment description, equipment servicing, calibration procedures, monitoring procedures, follow-up monitoring, quality assurance, and all forms that must be filled out for each monitoring event or during well servicing.  The Wellhead Monitoring SOP is attached to this Consent Decree as Appendix 2.

10. **Compliance Provisions and Operational Standards for Active Gas Extraction Wells.**

a. Pursuant to subparagraph 9.a, Gary shall monitor the Active Gas Extraction Wells to determine whether they are operating (i) under negative pressure; (ii) with a landfill gas temperature less than 55℃; and (iii) with an oxygen level less than 5%.

b. If an Active Gas Extraction Well is not operating within one or more of the operational parameters under Paragraph 10.a, Gary shall initiate corrective action to correct the exceedance within 5 Days from the initial measurement.  Any attempted corrective measure must not cause exceedances of other operational or performance standards.

c. If Gary is unable to correct the exceedance within 5 Days of the initial measurement of an exceedance, Gary shall conduct a root cause analysis and correct the exceedance as soon as practicable, but no later than 60 Days after the exceedance was first measured.

d. If corrective action is expected to take longer than 60 Days to complete after the initial measurement of the exceedance, Gary shall submit to EPA for review and

5

approval in accordance with Section IV.G. the root cause analysis and either (i) a corresponding implementation timeline for further corrective action or (ii) proposed alternative operational parameters for the Active Gas Extraction Well. In the event Gary proposes an alternative operational parameter for an Active Gas Extraction Well, EPA shall consider site-specific conditions and limitations when evaluating Gary's proposal.

      e.      To determine oxygen level pursuant to subparagraph 10.a, Gary shall utilize an oxygen meter using EPA Method 3A or 3C except the following:

            i.      The span must be set so that the regulatory limit is between 20 and 50 percent of the span;

            ii.      A data recorder is not required;

            iii.      Only two calibration gases are required, a zero and a span, and ambient air may be used as the span;

            iv.      A calibration error check is not required; and

            v.      The allowable sample bias, zero drift, and calibration drift are $\pm 10$ percent.

      f.      <u>Active Collection System Flare Operation and Monitoring</u>. Gary shall install, calibrate, maintain, and operate the GCCS Gas Mover Equipment and Active Collection System Flare according to the manufacturer's specifications.

            i.      Each Active Collection System Flare shall have a heat sensing device, such as an ultraviolet beam sensor or thermocouple at the pilot light or flame itself, to indicate the continuous presence of a flame, as well as a device that records flow to the Flare every 15 minutes.

            ii.      Gary shall operate the GCCS Gas Mover Equipment and Active Collection System Flare such that all collected gases are vented to the Active Collection System Flare. In the event that the GCCS Gas Mover Equipment or the Active Collection System Flare is inoperable, the GCCS Gas Mover Equipment shall be shut down and all valves in the GCCS contributing to venting of the gas to the atmosphere shall be closed within one hour. The Active Collection System Flare must be operated at all times when the collected gas is routed to it.

    11.      <u>Compliance Provisions and Operational Standards for Passive Gas Wells</u>.

      a.      <u>Passive Gas Well Flare Operation and Monitoring</u>.

            i.      Gary shall operate the Passive Gas Well Flares at all times that the Passive Gas Wells are open.

    ii.      Gary shall inspect each Passive Gas Well Flare weekly to determine whether a flame is present and operable.  If a Passive Gas Well Flare is inoperable, the Passive Gas Well shall be closed so as to not vent the gas to the atmosphere within one hour after Gary becomes aware that the Passive Gas Well Flare is inoperable.  Gary shall relight the Passive Gas Well and, if necessary, repair the Passive Gas Well Flare so that it is operable within 5 Days of the initial weekly inspection where it was found inoperable.

    iii.     If Passive Gas Well Flares are operational (i.e. repair or maintenance is not necessary), but the Passive Gas Well Flares will not light because of insufficient landfill gas flow, the Passive Gas Well shall be closed so as not to vent gas to the atmosphere within one hour after Gary determines the Passive Gas Well Flare will not light because of insufficient gas flow.  Within 7 Days of an inspection where it was found a Passive Gas Well would not light because of insufficient landfill gas flow, Gary shall reopen the Passive Gas Well valve and attempt to relight the Passive Gas Well Flare.  Gary shall ensure that the insufficient landfill gas flow is not due to a pinched well or other condition of the Passive Gas Well that can be fixed or repaired.

### C.    <u>Surface Emissions</u>

12.    <u>Methane Concentration Standard</u>.  Gary shall operate the GCCS so that the methane concentration is less than 500 parts per million ("ppm") above background at the surface of the Landfill.

13.    <u>Surface Monitoring SOP</u>.  Gary shall follow a SOP that outlines all procedures necessary for surface monitoring ("Surface Monitoring SOP").  Consistent with the requirements of Paragraph 14, the Surface Monitoring SOP shall include background information, equipment description, equipment servicing, calibration procedures, monitoring route and description, follow-up monitoring procedure, quality control measures, and forms that should be completed during every monitoring event or equipment servicing.  The Surface Monitoring SOP is attached to this Consent Decree as Appendix 3.

14.    <u>Determining Compliance with Methane Concentration Standard</u>.  The following procedures must be used to determine compliance with the 500 ppm surface methane operational standard:

    a.      Gary shall monitor surface concentrations of methane along the entire perimeter of the gas collection area and along a pattern that traverses the Landfill at 15-meter intervals for each gas collection area on a quarterly basis.  If surface measurements of methane concentration do not exceed 500 ppm for six months, Gary may adjust the monitoring pattern to 30-meter intervals.  Surface emission monitoring must be performed in accordance with section 8.3.1 of EPA Method 21, except that the probe inlet must be placed within 5 to 10 centimeters above the ground.  Monitoring must be performed during typical meteorological conditions.

Gary shall record the path traveled for each monitoring event using a Global Positioning System ("GPS") unit and shall mark all locations where a surface exceedance is measured.

b.      In addition to the monitoring required by subparagraph 14.a, Gary shall monitor and report on a quarterly basis any location where visual observations indicate potential elevated concentrations of landfill gas, such as distressed vegetation and cracks or seeps in the cover and all cover penetrations.  Gary shall use an organic vapor analyzer, flame ionization detector, or other portable monitor meeting the following specifications:

i.      The portable analyzer must meet the instrument specifications provided in section 6 of Method 21, except that "methane" replaces all references to "VOC";

ii.     The calibration gas must be methane, diluted to a nominal concentration of 500 ppm in air;

iii.    To meet the performance evaluation requirements in section 8.1 of EPA Method 21, the instrument evaluation procedures of section 8.1 of EPA Method 21 must be used; and

iv.     The calibration procedures provided in sections 8 and 10 of EPA Method 21 must be followed immediately before commencing a surface monitoring survey.

c.      Gary shall measure the background concentrations of methane by moving the probe inlet upwind and downwind outside the boundary of the Landfill at a distance of at least 30 meters from the perimeter wells.

15.     Exceedances of the Methane Concentration Standard.  Gary shall take the following actions in the event of an exceedance of the methane concentration standard of 500 ppm:

a.      Gary shall mark and record the location of each monitored exceedance.

b.      Gary shall perform cover maintenance and/or make adjustments to the vacuum of the adjacent wells to increase the gas collection in the vicinity of each exceedance. Gary shall re-monitor the location within 10 Days of detecting the exceedance.

c.      If re-monitoring of the location shows a second exceedance, Gary shall take additional corrective action and re-monitor the location again within 10 Days of the second exceedance.  If the re-monitoring shows a third exceedance for the same location, Gary must take the action specified in subparagraph 15.e below, and no further monitoring of that location is required until the action specified in subparagraph 15.e has been taken.

d.      Any location that initially showed an exceedance but has a methane concentration less than 500 ppm methane above background at the 10-Day re-monitoring specified in subparagraph 15.b or c above must be re-monitored 30 Days from the initial

8

exceedance.  If the 30-Day re-monitoring shows a concentration less than 500 ppm above background, no further monitoring of that location is required until the next quarterly monitoring period.

        i.      If the 30-Day re-monitoring shows a second exceedance for the quarter, Gary shall take the actions specified in subparagraph 15.c.

        ii.     If the 30-Day re-monitoring shows a third exceedance for the quarter, Gary shall take the actions specified in subparagraph 15.e.

     e.      For any location where monitored methane concentration equals or exceeds 500 ppm above background three times within a quarterly period, Gary shall either: (i) install a new well or other collection device or (ii) convert a nearby Passive Gas Well to an Active Gas Extraction Well and connect the well to the Active Collection System within 120 Days of the initial exceedance.

## D.    **Cover Integrity**

16.    Gary shall implement a program to monitor for cover integrity issues on a monthly basis and shall implement cover repairs as necessary.  Gary shall follow a standard operating procedure for cover integrity inspections ("Cover Integrity SOP").  The Cover Integrity SOP shall address: slope drainage, evidence of gas/leachate, vegetation quality issues, erosion on cover and slopes, damage from external sources (humans, animals, etc.), and surface cracks or fissures. Gary shall keep a record of all cover integrity inspections including deficiencies found and a timeline for the repairs made to the cover.  The Cover Integrity SOP is attached to this Consent Decree as Appendix 4.

## E.    **Gas Probes and Landfill Gas Migration**

17.    Gary shall monitor the Gas Probes on a weekly basis and record the gas quality in each probe including the concentrations of methane, oxygen, and carbon dioxide in each Gas Probe.

     a.      If Gary is able to demonstrate that methane levels are below the lower explosive level ("LEL") of 5% methane for four consecutive weeks at a Gas Probe, then Gary may decrease monitoring frequency of that Gas Probe to a monthly basis.

     b.      If Gary monitors a methane level above the LEL of 5% methane for four consecutive weeks (or two consecutive months if monitoring on a monthly basis) at a Gas Probe, then Gary shall: (i) install a new well or other collection device within 120 Days of the initial exceedance; (ii) convert a nearby Passive Gas Well to an Active Gas Extraction Well and connect the well to the Active Collection System within 120 Days of the initial exceedance; or (iii) within 30 days of the initial exceedance, submit to EPA for review and approval in accordance with Section IV.G. some other action to minimize landfill gas migration or confirm landfill gas migration is not occurring above acceptable levels.

## F.    **Permits**

18.     Where any compliance obligation under this Section requires Gary to obtain a federal, state, or local permit or approval, Gary shall submit timely and complete applications and take all other actions necessary to obtain all such permits or approvals.  Gary may seek relief under the provisions of Section VIII (Force Majeure) for any delay in the performance of any such obligation resulting from a failure to obtain, or a delay in obtaining, any permit or approval required to fulfill such obligation, if Gary has submitted timely and complete applications and has taken all other actions necessary to obtain all such permits or approvals.

### G.     **Approval of Deliverables**

19.     After review of any report or other item that is required to be submitted for approval pursuant to this Consent Decree, EPA shall in writing: (a) approve the submission; (b) approve the submission upon specified conditions; (c) approve part of the submission and disapprove the remainder; or (d) disapprove the submission.

20.     If the submission is approved pursuant to Paragraph 19, Gary shall take all actions required by the plan, report, SOP, or other document, in accordance with the schedules and requirements of the plan, report, SOP, or other document, as approved.  If the submission is conditionally approved or approved only in part pursuant to Paragraph 19(b) or (c), Gary shall, upon written direction from EPA, take all actions required by the approved plan, report, SOP, or other item that EPA determines are technically severable from any disapproved portions, subject to Gary's right to dispute only the specified conditions or the disapproved portions, under Section IX (Dispute Resolution).

21.     If the submission is disapproved in whole or in part pursuant to Paragraph 19(c) or (d), Gary shall, within 45 Days or such other time as the Parties agree to in writing, correct all deficiencies and resubmit the plan, report, SOP, or other item, or disapproved portion thereof, for approval, in accordance with the preceding Paragraphs.  If the resubmission is approved in whole or in part, Gary shall proceed in accordance with the preceding Paragraph.

22.     Any stipulated penalties applicable to the original submission, as provided in Section VII, shall not accrue during the 45 Day period or other specified period unless the resubmission is untimely or is disapproved in whole or in part; provided that, if the original submission was so deficient as to constitute a material breach of Gary's obligations under this Decree, the stipulated penalties applicable to the original submission shall be due and payable notwithstanding any subsequent resubmission.

23.     If a resubmitted plan, report, SOP, or other item, or portion thereof, is disapproved in whole or in part, EPA may again require Gary to correct any deficiencies, in accordance with the preceding Paragraphs, or may itself correct any deficiencies, subject to Gary's right to invoke Dispute Resolution and the right of EPA to seek stipulated penalties as provided in the preceding Paragraphs.

## V.    <u>CIVIL PENALTY</u>

24.     By no later than 30 Days after the Effective Date of this Consent Decree, Gary shall pay to the United States a civil penalty in the amount of $20,000, together with interest accruing from the date on which the Consent Decree is lodged with the Court, at the rate specified in 28 U.S.C. § 1961 as of the date of lodging.  Gary shall pay the civil penalty by FedWire Electronic Funds Transfer ("EFT") to the U.S. Department of Justice in accordance with written instructions to be provided to Gary, following the entry of the Decree, by the Financial Litigation Unit ("FLU") of the U.S. Attorney's Office for the Northern District of Indiana.  The costs of such EFT shall be Gary's responsibility.  The payment instructions provided by the FLU will include a Consolidated Debt Collection System ("CDCS") number, which Gary shall use to identify all payments required to be made in accordance with this Consent Decree.  The FLU will provide the payment instructions to:

> As to Gary:   City of Gary
>                  Redevelopment Commission
>                  504 Broadway Street
>                  Suite 200
>                  Gary, IN 46402
>                  Attention: Director or Successor

on behalf of Gary.  Gary may change the individual to receive payment instructions on its behalf by providing written notice of such change to the United States and EPA in accordance with Section XIII (Notices).  At the time of payment, Gary shall send a copy of the EFT authorization form, the EFT transaction record, and a transmittal letter: (i) to EPA via email at cinwd_acctsreceivable@epa.gov or via regular mail at EPA Cincinnati Finance Office, 26 W. Martin Luther King Drive, Cincinnati, Ohio 45268 and (ii) to the United States via email or regular mail in accordance with Section XIII (Notices).  The transmittal letter shall state that the payment is for the civil penalty owed pursuant to the Consent Decree in <u>United States v. City of Gary, Indiana</u>, and shall reference the civil action number, CDCS number, and DOJ case number 90-5-2-1-11714.

## VI.    <u>REPORTING REQUIREMENTS</u>

25.     <u>Progress Reports</u>.  By July 31 and January 31 of each year after the Effective Date of this Consent Decree until termination of this Consent Decree, Gary shall submit to EPA a progress report regarding the implementation of the requirements of this Decree in the preceding six months ("Progress Report").  The Progress Report shall include:

        a.     Work performed and progress made toward implementing the requirements of Section IV (Compliance Requirements), including completion of any milestones;

        b.     Any significant modifications to previously-submitted design specifications of any pollution control system, or to monitoring equipment, required to comply with the requirements of Section IV (Compliance Requirements);

   c. Any significant problems encountered or anticipated in complying with the requirements of Section IV (Compliance Requirements), including implemented or proposed solutions;

   d. The value and length of time for any exceedance of the Active Gas Extraction Well parameters for temperature, oxygen concentration, or gauge pressure;

   e. An explanation and the length of time of any noncompliance with the requirements of subparagraphs 10.f and 11.a;

   f. Copies of all Quarterly Reports required by 40 C.F.R. § 60.757(f);

   g. The location and concentration of each exceedance of the 500 ppm surface methane concentration standard;

   h. The date of any corrective action taken pursuant to Paragraphs 10, 15.e, or 17.b;

   i. The results of any root cause analysis performed pursuant to Paragraph 10;

   j. Copies of any permit applications or other materials, as required by Paragraph 18;

   k. Records of all monthly Gas Well monitoring, including oxygen concentration, gauge pressure, temperature, and any other parameters that are monitored;

   l. Surface emission monitoring reports, including calibration records, background readings, any exceedances, and the path traveled for surface monitoring;

   m. Control device monitoring records, including temperature and flow to the Flare and a summary of total daily flow (scf/day) each day of the reporting period;

   n. Boundary Gas Probe monitoring records; and

   o. Any other non-compliance with the requirements of this Consent Decree and an explanation of the violation's likely cause and of the remedial steps taken, or to be taken, to prevent or minimize such violation.

  26. In addition to the reports required pursuant to this Section, if Gary violates any requirement of this Consent Decree, Gary shall notify the United States of such violation and its likely duration, in writing, within 14 Days of the Day Gary first becomes aware of the violation, with an explanation of the violation's likely cause and of the remedial steps taken, or to be taken, to prevent or minimize such violation. If the cause of a violation cannot be fully explained at the time the report is due, Gary shall so state in the report. Gary shall investigate the cause of the violation and shall then submit an amendment to the report, including a full explanation of the cause of the violation, within 30 Days of the Day Gary becomes aware of the cause of the

violation.  Nothing in this Paragraph or the following Paragraph relieves Gary of its obligation to provide the notice required by Section VIII (Force Majeure).

27.     Whenever any violation of this Consent Decree or any other event affecting Gary's performance under this Decree, or the performance of the Facility, may pose an immediate threat to the public health or welfare or the environment, Gary shall notify EPA orally or by electronic or facsimile transmission as soon as possible, but no later than 24 hours after Gary first knew of the violation or event.  This procedure is in addition to the requirements set forth in the preceding Paragraphs.

28.     All reports shall be submitted to the persons and in the manner designated in Section XIII (Notices).

29.     Each report submitted by Gary under this Section shall be signed by a Gary official and include the following certification:

> *I certify under penalty of law that this document and all attachments were prepared under my direction or supervision in accordance with a system designed to assure that qualified personnel properly gather and evaluate the information submitted. Based on my inquiry of the person or persons who manage the system, or those persons directly responsible for gathering the information, the information submitted is, to the best of my knowledge and belief, true, accurate, and complete. I have no personal knowledge that the information submitted is other than true, accurate, and complete.  I am aware that there are significant penalties for submitting false information, including the possibility of fine and imprisonment for knowing violations.*

This certification requirement does not apply to emergency or similar notifications where compliance would be impractical.

30.     The reporting requirements of this Consent Decree do not relieve Gary of any reporting obligations required by its Permit, the CAA and the rules promulgated thereunder, and any other federal, state, or local law, regulation, permit, or other requirement.

31.     Any information provided pursuant to this Consent Decree may be used by the United States in any proceeding to enforce the provisions of this Consent Decree and as otherwise permitted by law.

32.     On or before February 28 of each year after the lodging of this Consent Decree, until termination of the Consent Decree pursuant to Section XVII, the United States, in consultation with Gary, shall submit an annual report on compliance and/or noncompliance with the requirements of this Consent Decree.

## VII.    STIPULATED PENALTIES

33.     Gary shall be liable for stipulated penalties to the United States for violations of this Consent Decree as specified below, unless excused under Section VIII (Force Majeure).  A violation includes failing to perform any obligation required by the terms of this Decree, including any work plan or schedule approved under this Decree, according to all applicable requirements of this Decree and within the specified time schedules established by or approved under this Decree.

34.     Late Payment of Civil Penalty.  If Gary fails to pay the civil penalty required to be paid under Section V (Civil Penalty) when due, Gary shall pay a stipulated penalty of $1,000 per Day for each Day that the payment is late.

35.     For each day of failure to make fully operational the GCCS by the date specified in the GCCS Design Plan, attached to this Consent Decree as Appendix 1, Gary shall pay:

| Period of Delay | Penalty per Day |
| --- | --- |
| Days 1-30 | $500 |
| Days 31-60 | $1,000 |
| Days 61 and over | $1,500 |

36.     For each failure to comply with the wellhead monitoring requirements of Paragraph 9, Gary shall pay $500 per day.

37.     For each failure to comply with the compliance and operational requirements for Active Gas Extraction Wells of Paragraph 10, Gary shall pay $750 per day.

38.     For each failure to comply with the compliance and operational requirements for Passive Gas Wells of Paragraph 11, Gary shall pay $500 per day.

39.     For each failure to comply with the methane concentration standard in Paragraph 12, Gary shall pay $1,000 per day.

40.     For each failure to comply with the Surface Monitoring SOP requirements and the methane concentration monitoring requirements of Paragraphs 13 and 14, Gary shall pay $500 per day.

41.     For each failure to comply with the requirements of Paragraph 15, Gary shall pay $500 per day.

42.     For each failure to comply with the Cover Integrity SOP requirements of Paragraph 16, Gary shall pay $500 per day.

43.     For each failure to comply with the gas probes and landfill gas migration requirements of Paragraph 17, Gary shall pay $500 per day.

14

44.     Stipulated penalties under this Section shall begin to accrue on the Day after performance is due or on the Day a violation occurs, whichever is applicable, and shall continue to accrue until performance is satisfactorily completed or until the violation ceases.  Stipulated penalties shall accrue simultaneously for separate violations of this Consent Decree.

45.     Gary shall pay any stipulated penalty within 30 Days of receiving the United States' written demand.

46.     Stipulated penalties shall continue to accrue as provided in Paragraph 44, during any Dispute Resolution, but need not be paid until the following:

         a.      If the dispute is resolved by agreement of the Parties or by a decision of EPA that is not appealed to the Court, Gary shall pay accrued penalties determined to be owing, together with interest, to the United States within 30 Days of the effective date of the agreement or the receipt of EPA's decision or order.

         b.      If the dispute is appealed to the Court and the United States prevails in whole or in part, Gary shall pay all accrued penalties determined by the Court to be owing, together with interest, within 60 Days of receiving the Court's decision or order, except as provided in subparagraph c, below.

         c.      If any Party appeals the District Court's decision, Gary shall pay all accrued penalties determined to be owing, together with interest, within 15 Days of receiving the final appellate court decision.

47.     Gary shall pay stipulated penalties owing to the United States in the manner set forth and with the confirmation notices required by Paragraph 24, except that the transmittal letter shall state that the payment is for stipulated penalties and shall state for which violation(s) the penalties are being paid.

48.     If Gary fails to pay stipulated penalties according to the terms of this Consent Decree, Gary shall be liable for interest on such penalties, as provided for in 28 U.S.C. § 1961, accruing as of the date payment became due.  Nothing in this Paragraph shall be construed to limit the United States from seeking any remedy otherwise provided by law for Gary's failure to pay any stipulated penalties.

49.     The payment of penalties and interest, if any, shall not alter in any way Gary's obligation to complete the performance of the requirements of this Consent Decree.

50.     Stipulated penalties are not the United States' exclusive remedy for violations of this Consent Decree.  Subject to the provisions of Section XI (Effect of Settlement/Reservation of Rights), the United States expressly reserves the right to seek any other relief it deems appropriate for Gary's violation of this Decree or applicable law, including but not limited to an action against Gary for statutory penalties, additional injunctive relief, mitigation or offset measures, and/or contempt.  However, the amount of any statutory penalty assessed for a violation of this Consent Decree shall be reduced by an amount equal to the amount of any stipulated penalty assessed and paid pursuant to this Consent Decree.

## VIII.    FORCE MAJEURE

51.    "Force Majeure," for purposes of this Consent Decree, is defined as any event arising from causes beyond the control of Gary, of any entity controlled by Gary, or of Gary's contractors, that delays or prevents the performance of any obligation under this Consent Decree despite Gary's best efforts to fulfill the obligation.  The requirement that Gary exercise "best efforts to fulfill the obligation" includes using best efforts to anticipate any potential force majeure event and best efforts to address the effects of any potential force majeure event (a) as it is occurring and (b) following the potential force majeure, such that the delay and any adverse effects of the delay are minimized.  "Force Majeure" does not include Gary's financial inability to perform any obligation under this Consent Decree.

52.    If any event occurs or has occurred that may delay the performance of any obligation under this Consent Decree, whether or not caused by a force majeure event, Gary shall provide notice orally or by electronic or facsimile transmission to EPA within 72 hours of when Gary first knew that the event might cause a delay.  Within seven Days thereafter, Gary shall provide in writing to EPA an explanation and description of the reasons for the delay; the anticipated duration of the delay; all actions taken or to be taken to prevent or minimize the delay; a schedule for implementation of any measures to be taken to prevent or mitigate the delay or the effect of the delay; Gary's rationale for attributing such delay to a force majeure event if it intends to assert such a claim; and a statement as to whether, in the opinion of Gary, such event may cause or contribute to an endangerment to public health, welfare or the environment.  Gary shall include with any notice all available documentation supporting the claim that the delay was attributable to a force majeure.  Failure to comply with the above requirements shall preclude Gary from asserting any claim of force majeure for that event for the period of time of such failure to comply, and for any additional delay caused by such failure.  Gary shall be deemed to know of any circumstance of which Gary, any entity controlled by Gary, or Gary's contractors knew or should have known.

53.    If EPA agrees that the delay or anticipated delay is attributable to a force majeure event, the time for performance of the obligations under this Consent Decree that are affected by the force majeure event will be extended by EPA for such time as is necessary to complete those obligations.  An extension of the time for performance of the obligations affected by the force majeure event shall not, of itself, extend the time for performance of any other obligation.  EPA will notify Gary in writing of the length of the extension, if any, for performance of the obligations affected by the force majeure event.

54.    If EPA does not agree that the delay or anticipated delay has been or will be caused by a force majeure event, EPA will notify Gary in writing of its decision.

55.    If Gary elects to invoke the dispute resolution procedures set forth in Section IX (Dispute Resolution), it shall do so no later than 15 Days after receipt of EPA's notice.  In any such proceeding, Gary shall have the burden of demonstrating by a preponderance of the evidence that the delay or anticipated delay has been or will be caused by a force majeure event, that the duration of the delay or the extension sought was or will be warranted under the circumstances, that best efforts were exercised to avoid and mitigate the effects of the delay, and

16

that Gary complied with the requirements of Paragraphs 51 and 52.  If Gary carries this burden, the delay at issue shall be deemed not to be a violation by Gary of the affected obligation of this Consent Decree identified to EPA and the Court.

## IX.    DISPUTE RESOLUTION

56.    Unless otherwise expressly provided for in this Consent Decree, the dispute resolution procedures of this Section shall be the exclusive mechanism to resolve disputes arising under or with respect to this Consent Decree. Gary's failure to seek resolution of a dispute under this Section shall preclude Gary from raising any such issue as a defense to an action by the United States to enforce any obligation of Gary arising under this Decree.

57.    Informal Dispute Resolution.  Any dispute subject to Dispute Resolution under this Consent Decree shall first be the subject of informal negotiations.  The dispute shall be considered to have arisen when Gary sends the United States a written Notice of Dispute.  Such Notice of Dispute shall state clearly the matter in dispute.  The period of informal negotiations shall not exceed 30 Days from the date the dispute arises, unless that period is modified by written agreement.  If the Parties cannot resolve a dispute by informal negotiations, then the position advanced by the United States shall be considered binding unless, within 45 Days after the conclusion of the informal negotiation period, Gary invokes formal dispute resolution procedures as set forth below.

58.    Formal Dispute Resolution.

a.    Gary shall invoke formal dispute resolution procedures, within the time period provided in the preceding Paragraph, by serving on the United States a written Statement of Position regarding the matter in dispute.  The Statement of Position shall include, but need not be limited to, any factual data, analysis, or opinion supporting Gary's position and any supporting documentation relied upon by Gary.

b.    The United States shall serve its Statement of Position within 45 Days of receipt of Gary's Statement of Position.  The United States' Statement of Position shall include, but need not be limited to, any factual data, analysis, or opinion supporting that position and any supporting documentation relied upon by the United States. The United States' Statement of Position shall be binding on Gary, unless Gary files a motion for judicial review of the dispute in accordance with the following Paragraph.

c.    Gary may seek judicial review of the dispute by filing with the Court and serving on the United States, in accordance with Section XIII (Notices), a motion requesting judicial resolution of the dispute.  The motion must be filed within ten Days of receipt of the United States' Statement of Position pursuant to the preceding Paragraph.  The motion shall contain a written statement of Gary's position on the matter in dispute, including any supporting factual data, analysis, opinion, or documentation, and shall set forth the relief requested and any schedule within which the dispute must be resolved for orderly implementation of the Consent Decree.

17

d.      The United States shall respond to Gary's motion within the time period allowed by the Local Rules of this Court.  Gary may file a reply memorandum, to the extent permitted by the Local Rules.

59.     <u>Standard of Review</u>.

a.      <u>Disputes Concerning Matters Accorded Record Review</u>.  Except as otherwise provided in this Consent Decree, in any dispute brought under this Section pertaining to the adequacy or appropriateness of plans, procedures to implement plans, schedules or any other items requiring approval by EPA under this Consent Decree; the adequacy of the performance of work undertaken pursuant to this Consent Decree; and all other disputes that are accorded review on the administrative record under applicable principles of administrative law, Gary shall have the burden of demonstrating, based on the administrative record, that the position of the United States is arbitrary and capricious or otherwise not in accordance with law.

b.      <u>Other Disputes</u>.  Except as otherwise provided in this Consent Decree, in any other dispute brought under Paragraph 58, Gary shall bear the burden of demonstrating that its position complies with this Consent Decree and better furthers the objectives of the Consent Decree.

60.     The invocation of dispute resolution procedures under this Section shall not, by itself, extend, postpone, or affect in any way any obligation of Gary under this Consent Decree, unless and until final resolution of the dispute so provides.  Stipulated penalties with respect to the disputed matter shall continue to accrue from the first Day of noncompliance, but payment shall be stayed pending resolution of the dispute.  If Gary does not prevail on the disputed issue, stipulated penalties shall be assessed and paid as provided in Section VII (Stipulated Penalties).

## X.      **RIGHT OF ENTRY AND INFORMATION COLLECTION AND RETENTION**

61.     The United States and its representatives, including attorneys, contractors, and consultants, shall have the right of entry into and upon the Facility at all reasonable times, upon presentation of credentials, to:

a.      monitor the progress of activities required under this Consent Decree;

b.      verify any data or information submitted to the United States in accordance with the terms of this Consent Decree;

c.      obtain samples and, upon request, splits of any samples taken by Gary or its representatives, contractors, or consultants;

d.      obtain documentary evidence, including photographs and similar data; and

e.      assess Gary's compliance with this Consent Decree.

18

62.     Upon request, Gary shall provide EPA or its authorized representatives splits of any samples taken by Gary.  Upon request, EPA shall provide Gary splits of any samples taken by EPA.

63.     Until three years after the termination of this Consent Decree, Gary shall retain, and shall instruct its contractors and agents to preserve, all non-identical copies of all documents, records, or other information (including documents, records, or other information in electronic form) in its or its contractors' or agents' possession or control, or that come into its or its contractors' or agents' possession or control, and that relate in any manner to Gary's performance of its obligations under this Consent Decree.  This information-retention requirement shall apply regardless of any contrary corporate or institutional policies or procedures.  At any time during this information-retention period, upon request by the United States, Gary shall provide copies of any documents, records, or other information required to be maintained under this Paragraph.

64.     At the conclusion of the information-retention period provided in the preceding Paragraph, Gary shall notify the United States at least 90 Days prior to the destruction of any documents, records, or other information subject to the requirements of the preceding Paragraph and, upon request by the United States, Gary shall deliver any such documents, records, or other information to EPA.  Gary may assert that certain documents, records, or other information is privileged under the attorney-client privilege or any other privilege recognized by federal law.  If Gary asserts such a privilege, it shall provide the following:  (a) the title of the document, record, or information; (b) the date of the document, record, or information; (c) the name and title of each author of the document, record, or information; (d) the name and title of each addressee and recipient; (e) a description of the subject of the document, record, or information; and (f) the privilege asserted by Gary.  However, no documents, records, or other information created or generated pursuant to the requirements of this Consent Decree shall be withheld on grounds of privilege.

65.     Gary may also assert that information required to be provided under this Section is protected as Confidential Business Information ("CBI") under 40 C.F.R. Part 2.  As to any information that Gary seeks to protect as CBI, Gary shall follow the procedures set forth in 40 C.F.R. Part 2.

66.     This Consent Decree in no way limits or affects any right of entry and inspection, or any right to obtain information, held by the United States pursuant to applicable federal or state laws, regulations, or permits, nor does it limit or affect any duty or obligation of Gary to maintain documents, records, or other information imposed by applicable federal or state laws, regulations, or permits.

## XI.     EFFECT OF SETTLEMENT/RESERVATION OF RIGHTS

67.     This Consent Decree resolves the civil claims of the United States for the violations alleged in the Complaint filed in this action through the date of lodging.

19

68.     The United States reserves all legal and equitable remedies available to enforce the provisions of this Consent Decree.  This Consent Decree shall not be construed to limit the rights of the United States to obtain penalties or injunctive relief under the CAA and the rules promulgated thereunder, or under other federal or state laws, regulations, or permit conditions, except as expressly stated in Paragraph 67.  The United States further reserves all legal and equitable remedies to address any imminent and substantial endangerment to the public health or welfare or the environment arising at, or posed by, Gary's Facility, whether related to the violations addressed in this Consent Decree or otherwise

69.     In any subsequent administrative or judicial proceeding initiated by the United States for injunctive relief, civil penalties, other appropriate relief relating to the Facility, Gary shall not assert, and may not maintain, any defense or claim based upon the principles of waiver, res judicata, collateral estoppel, issue preclusion, claim preclusion, claim-splitting, or other defenses based upon any contention that the claims raised by the United States in the subsequent proceeding were or should have been brought in the instant case, except with respect to claims that have been specifically resolved pursuant to Paragraph 67.

70.     This Consent Decree is not a permit, or a modification of any permit, under any federal, state, or local laws or regulations.  Gary is responsible for achieving and maintaining complete compliance with all applicable federal, state, and local laws, regulations, and permits. Gary's compliance with this Consent Decree shall be no defense to any action commenced pursuant to any such laws, regulations, or permits, except as set forth herein.  The United States does not, by its consent to the entry of this Consent Decree, warrant or aver in any manner that Gary's compliance with any aspect of this Consent Decree will result in compliance with provisions of Gary's Permit, the CAA and the rules promulgated thereunder, or any other federal, state, or local law, regulation, permit, or other requirement.

71.     This Consent Decree does not limit or affect the rights of Gary or of the United States against any third parties, not party to this Consent Decree, nor does it limit the rights of third parties, not party to this Consent Decree, against Gary, except as otherwise provided by law.

72.     This Consent Decree shall not be construed to create rights in, or grant any cause of action to, any third party not party to this Consent Decree

## XII.   COSTS

73.     The Parties shall bear their own costs of this action, including attorneys' fees, except that the United States shall be entitled to collect the costs (including attorneys' fees) against Gary incurred in any action necessary to enforce this Consent Decree or to collect any portion of the civil penalty or any stipulated penalties due but not paid by Gary.

## XIII.   NOTICES

74.     Unless otherwise specified in this Consent Decree, whenever notifications, submissions, or communications are required by this Decree, they shall be made in writing and

20

addressed as follows.  Any notification, submission, or communication required to be made to the United States shall be made to both the United States Department of Justice and EPA.  Any notification, submission, or communication required to be made to EPA need not be made to the Department of Justice.

| | |
|---|---|
| As to the United States Department of Justice by email: | eescdcopy.enrd@usdoj.gov<br>Re: DJ # 90-5-2-1-11714 |
| As to the United States Department of Justice by mail: | EES Case Management Unit<br>Environment and Natural Resources Division<br>U.S. Department of Justice<br>P.O. Box 7611<br>Ben Franklin Station<br>Washington, D.C.  20044-7611<br>Re: DJ # 90-5-2-1-11714 |
| As to EPA: | r5ardreporting@epa.gov |
| As to Gary: | _____ |
| With a copy to: | Barnes & Thornburg LLP<br>700 1st Source Bank Center<br>100 North Michigan<br>South Bend, IN 46601<br>Attention: Joel Bowers and Fred Andes |
| | James Meyer & Associates P.C.<br>363 South Lake Street<br>Gary, IN 46403<br>Attention: Jim Meyer |

75.    Any Party may, by written notice to the other Party, change its designated notice recipient or notice address provided above.

76.    Notices submitted pursuant to this Section shall be deemed submitted upon mailing (including emailing), unless otherwise provided in this Consent Decree or by mutual agreement of the Parties in writing.

## XIV.    EFFECTIVE DATE

77.    The Effective Date of this Consent Decree shall be the date upon which this Consent Decree is entered by the Court or a motion to enter the Consent Decree is granted, whichever occurs first, as recorded on the Court's docket.

## XV.   RETENTION OF JURISDICTION

78.     The Court shall retain jurisdiction over this case until termination of this Consent Decree, for the purpose of resolving disputes arising under this Decree, entering orders modifying this Decree, or effectuating or enforcing compliance with the terms of this Decree.

## XVI.   MODIFICATION

79.     The terms of this Consent Decree, including any attached appendices, may be modified only by a subsequent written agreement signed by all the Parties.  Where the modification constitutes a material change to this Decree, it shall be effective only upon approval by the Court.

80.     Any disputes concerning modification of this Decree shall be resolved pursuant to Section IX (Dispute Resolution), provided, however, that, instead of the burden of proof provided by Paragraph 59 the Party seeking the modification bears the burden of demonstrating that it is entitled to the requested modification in accordance with Federal Rule of Civil Procedure 60(b).

## XVII.   TERMINATION

81.     By no earlier than two years after Gary has completed the requirements of Section IV (Compliance Requirements), Gary may submit to the United States for review and approval in accordance with Paragraph 19 a Request for Termination of this Consent Decree.  Such Request for Termination shall be approved if: (a) Gary is and has been in compliance with the requirements of Section IV (Compliance Requirements) for at least 12 months; (b) all civil penalties due and all stipulated penalties demanded under this Decree (and any interest thereon) have been paid; and (c) Gary has complied with all other requirements of this Decree.

82.     Following receipt by the United States of Gary's Request for Termination, the Parties shall confer informally concerning the Request and any disagreement that the Parties may have as to whether Gary satisfactorily has complied with the requirements for termination.  If the United States agrees that the Decree may be terminated and approves the Request, the Parties shall submit, for the Court's approval, a joint stipulation terminating the Decree.

83.     If the United States does not agree that the Decree may be terminated, Gary may invoke dispute resolution under Section IX of this Decree (Dispute Resolution).  However, Gary shall not invoke dispute resolution of any dispute regarding termination until 90 Days after service of its Request for Termination.

## XVIII.   PUBLIC PARTICIPATION

84.     This Consent Decree shall be lodged with the Court for a period of not less than 30 Days for public notice and comment in accordance with 28 C.F.R. § 50.7.  The United States reserves the right to withdraw or withhold its consent if the comments regarding the Consent Decree disclose facts or considerations indicating that the Consent Decree is inappropriate,

22

improper, or inadequate.  Gary consents to entry of this Consent Decree without further notice and agrees not to withdraw from or oppose entry of this Consent Decree by the Court or to challenge any provision of this Decree, unless the United States has notified Gary in writing that it no longer supports entry of this Decree.

## XIX.   SIGNATORIES/SERVICE

85.     The Assistant Attorney General for the Environment and Natural Resources Division of the Department of Justice or his designee and the undersigned representative of Gary each certifies that he or she is fully authorized to enter into the terms and conditions of this Consent Decree and to execute and legally bind the Party he or she represents to this document.

86.     This Consent Decree may be signed in counterparts, and its validity shall not be challenged on that basis.  Gary agrees to accept service of process by mail with respect to all matters arising under or relating to this Consent Decree and to waive the formal service requirements set forth in Rules 4 and 5 of the Federal Rules of Civil Procedure and any applicable Local Rules of this Court including, but not limited to, service of a summons.  Gary need not file an answer to the complaint in this action unless or until the Court expressly declines to enter this Consent Decree.

## XX.   INTEGRATION

87.     This Consent Decree and its Appendices constitute the final, complete, and exclusive agreement and understanding among the Parties with respect to the settlement embodied in the Decree and its Appendices and supersedes all prior agreements and understandings, whether oral or written, concerning the settlement embodied herein.  Other than deliverables that are subsequently submitted and approved pursuant to this Decree, the Parties acknowledge that there are no representations, agreements, or understandings relating to the settlement other than those expressly contained in this Consent Decree.

## XXI.   FINAL JUDGMENT

88.     Upon approval and entry of this Consent Decree by the Court, this Consent Decree shall constitute a final judgment of the Court as to the United States and Gary.  The Court finds that there is no just reason for delay and therefore enters this judgment as a final judgment under Fed. R. Civ. P. 54 and 58.

## XXII.   APPENDICES

89.     The following appendices are attached to and part of the Consent Decree.  In the event of a conflict between an appendix and the body of the Consent Decree, the body of the Consent Decree shall control.

Appendix 1 – GCCS Design Plan

Appendix 2 – Wellhead Monitoring SOP

Appendix 3 – Surface Monitoring SOP

Appendix 4 – Cover Integrity SOP

DATED this_____day of_____, 2020.

_____

UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF INDIANA

Signature Page for the Consent Decree in *United States v. City of Gary, Indiana* (N.D. Ind.):


**FOR THE UNITED STATES OF AMERICA:**


JONATHAN D. BRIGHTBILL
Principal Deputy Assistant Attorney General
Environment and Natural Resources Division
U.S. Department of Justice


10/27/2020                         s/ Nicholas A. McDaniel
_____                  _____
Date                                     NICHOLAS A. MCDANIEL
Trial Attorney
Environmental Enforcement Section
Environment and Natural Resources Division
U.S. Department of Justice
Washington, DC  20044-7611

25

Signature Page for the Consent Decree in *United States v. City of Gary, Indiana* (N.D. Ind.):

**FOR THE U.S. ENVIRONMENTAL PROTECTION AGENCY:**

| | |
|---|---|
| 10/27/2020 | s/ T. Leverett Nelson |
| Date | T. LEVERETT NELSON |
| | Regional Counsel |
| | U.S. Environmental Protection Agency |
| | Region 5 |
| | 77 West Jackson Boulevard |
| | Chicago, IL 60604 |

Signature page for the Consent Decree in *United States v. City of Gary, Indiana* (N.D. Ind.)

**FOR THE CITY OF GARY, INDIANA:**

09 / 36 / 2020
DATE

BOARD OF PUBLIC WORKS AND SAFETY
401 Broadway
Gary, IN 46402

TRENT A. MCCAIN, PRESIDENT

ARLENE COLVIN, VICE-PRESIDENT

CHARLES (SPIKE) PELLER, MEMBER

ATTEST: MARIANETTA L. BARBER, CLERK

APPROVED:

JEROME PRINCE, MAYOR                    10 / 7 / 20
City of Gary, Indiana                          DATE
401 Broadway, #201
Gary, IN 46402

# APPENDIX 1

## GCCS Design Plan

# Closed Gary Sanitary Landfill
# Gas Collection and Control System Design Plan

## 1.0 Background and General Site Characteristics

This Gas Collection and Control System (GCCS) Design Plan (Design Plan) outlines how the City of Gary, Indiana (Gary) intends to design, construct, and operate a system at the Closed Gary Sanitary Landfill (the Landfill) that meets the conditions of the Consent Decree and conforms to the requirements in the New Source Performance Standards (NSPS) for municipal solid waste landfills at 40 CFR Part 60, Subpart WWW (Landfills NSPS). This Design Plan will also outline various alternatives to an active collection system for approval in accordance with 40 CFR 60.752(b)(2)(i)(B)&(C). Proposed improvements to the existing GCCS consist of the following components:

1. Replacement of the existing flare with NSPS-compliant flare gas control system

2. Installation of new horizontal collector with wellhead

3. Conversion of existing passive vent flares to active wellheads

4. Replacement of existing active wellheads

5. Enhancements and repairs to landfill gas header piping

### 1.1 Site Background

The Landfill is owned by Gary and is located in Lake County, Indiana. The landfill is required to install a GCCS meeting the requirements of Landfills NSPS, including the preparation of the GCCS design plan presented herein, pursuant to the following:

- 326 IAC 8.8 for a municipal solid waste landfill with a design capacity greater than 100,000 Mg

- Federal Plan Requirements for Municipal Solid Waste Landfills that Commenced Construction Prior to May 30, 1991 (40 CFR Part 62, Subpart GGG), and

- National Emission Standards for Hazardous Air Pollutants at Municipal Solid Waste Landfills (40 CFR Part 63, Subpart AAAA).

### 1.2 Current Gas Collection and Control System Status

A landfill gas (LFG) migration control system was installed along the west perimeter of the landfill in 1996. The system consists of eight (8) vertical LFG extraction wells spaced approximately 200 feet apart that connect via buried high-density polyethylene (HDPE) pipe to a condensate knockout vessel and a LFG blower that places them under vacuum sufficient to meet the requirements of 40 CFR 60.753(b). The gas is directed to a solar powered open flare installed near the site's northwest corner. There are no bypass vents on the system and in accordance with 40 CFR 60.756(c)(2) no requirement to install, calibrate, maintain, and operate a device to monitor flow. The capacity of the flare is 200 cfm.



In late 1997, 25 additional vertical extraction wells were installed within the landfill footprint. These wells have an average well spacing of approximately 250 feet and range in depth from 50 to 120 feet. The well casings installed were fabricated from a combination of Schedule 40 and Schedule 80, 8-inch diameter PVC pipe and fittings. These vertical extraction wells are presently completed with individual solar igniter passive vent open flares (each rated at 60 cfm). There are no bypass vents on any extraction well and in accordance with 40 CFR 60.756(c)(2) no requirement to install, calibrate, maintain, and operate a device to monitor flow.

Two of the extraction wells installed in 1997 had their passive flares removed and are currently connected to the active collection system.

# 2.0 Future GCCS Improvements and Construction

Improvements will be made to the existing GCCS to increase reliability, enhance operations, and conform to the requirements in the NSPS and Consent Decree. Many of the proposed improvements can be seen in the Design Plan Drawings provided as **Attachment 1** to this Design Plan. An overall GCCS plan after the following proposed improvements are made is presented as Sheet C-2. The key components of the GCCS improvements includes new high-density polyethylene (HDPE) header piping, a new horizontal LFG collector, conversion of some existing passive solar vent flares to active wellheads, replacement of existing active wellheads, a new blower/flare skid, and other miscellaneous modifications. These proposed improvements are described in the following Sections 2.1 to 2.6.

All GCCS improvements described in this Design Plan shall be completed by two years from the date of lodging of the Consent Decree.

## 2.1 Replacement of the Existing Flare

The existing blower and flare will be replaced with a new factory assembled flare skid. The existing condensate sump and riser will remain, but a new concrete pad will be installed to accommodate the skid. The new LFG flare system will consist of a single skid mounted, open LFG ground flare, a multistage centrifugal blower, interconnecting piping and valves, instrumentation and controls, electrical motors, wiring and equipment, structural support, and accessories. A general flare block diagram that depicts the existing components that will remain, along with the new components to be installed, is shown on Sheet CD-2 of the Design Plan Drawings (Attachment 1).

Installation of the new flare at the site will consist of offloading the skid, placing it on the new concrete pad, raising the flare stack, connecting the power from the existing power source, connecting the existing LFG piping from the condensate knockout, checking the new system (motor rotation, etc.), and performing the initial startup/testing.

In accordance with the Consent Decree and 40 C.F.R. § 60.756(c), the active collection system flare will have a heat sensing device to indicate the continuous presence of a flame, as well as a device that records flow to the flare every 15 minutes. The system will have an electronic recording device which will gather and retain information on system operating parameters. Additionally, in the event that the flare is inoperable, an actuator will shut a valve within one hour so as to avoid free-venting of any LFG to the atmosphere in accordance with 40 C.F.R. § 60.753(e).

The new active GCCS flare will be operated at all times when the extracted/collected gas is routed to it in accordance with 40 C.F.R. § 60.753(f). The following Sections 2.1.1 to 2.1.4 detail the general



parameters that the new blower/flare will be designed, constructed, and operated around to meet the requirements for flares in 40 C.F.R. § 60.18.

### 2.1.1 Flare Design Parameters

| Parameter | Criteria | Range |
|---|---|---|
| Gas Flow | 400 scfm | 40 – 400 scfm |
| Turndown ratio | 10:1 | - |
| Gas Temperature (at blower inlet) | 80 degrees F. | 50 – 90 Deg. F. |
| Suction Vacuum (at system inlet valve) | 30 in. water column (w.c.) | - |
| Gas Pressure at Flare | As required by vendor | - |
| Gas Characteristics | 50% CH4 50% CO2 saturated with water vapor | CH4: (40 - 60%) CO2: (40 - 60%) |
| Gas Heating Value | 500 Btu/scf | 300 – 500 Btu/scf |
| Design Flare Temperature | 1600 Degrees F. | 1400 Deg. F. Minimum |
| Elevation (above sea level) | 650 feet (Approx.) | - |
| Flare Height Above Ground | 20 feet (Min.) | - |
| Wind Loads | 100 mph (ASCE 7-88 EXP. C), (to be verified) | - |
| Design Life | 20 Years | - |

### 2.1.2 Flare Performance Guarantee

- Destruction Removal Efficiency (DRE):    98% (Hydrocarbons)
- Emissions:

| Pollutant | Emission Limit |
|---|---|
| NOx | 0.068 lb/mBtu |
| CO | 0.31 lb/mBtu |
| SOx | 0.011 lb/mBtu |

- No Visible Emissions, as determined by 40 C.F.R. 60, Appendix A, U.S. EPA Method 22

### 2.1.3 Multistage Centrifugal Blower

| Parameter | Criteria | Range |
|---|---|---|
| Number of Blowers | 1 | - |
| Gas Flow (at exhauster inlet) | 400 scfm | 40 – 400 scfm |
| Gas Temperature (at blower inlet) | 80 degrees F. | 50 – 90 Deg. F. |
| Suction Vacuum (at system inlet valve) | 30 in. w.c. | 15 – 40 in. w.c. |
| Discharge Pressure (at blower outlet) | 15 in.w.c. | 10 – 20 in. w.c. |
| Gas Temperature (at blower outlet) | 110 Deg. F. | 80 – 120 Deg. F. |
| Elevation (above sea level) | 650 feet (Approx.) | - |

## 2.2 New Horizontal Collector

One new horizontal collector with wellhead (AW-9) will be installed within the limits of waste just north of the Gas Monitoring Probe #7. As shown on Sheets C-1 and CD-1 in the Design Plan Drawings (Attachment 1), approximately 100-feet of perforated panel pipe will be installed on top of waste that is under the existing geosynthetic clay liner (GCL) and intermediate cover. An offset wellhead assembly will be installed and connected to the new HDPE header piping so that additional LFG can be



extracted and sent for treatment to minimize any potential LFG migration in accordance with 40 C.F.R. § 60.752(b)(2)(ii)(A)(*4*).

## 2.3 Conversion of Existing Passive Vent Flares to Active Wellheads

The existing passive solar vent flares at six vertical LFG extraction wells (PF-7 to PF-11, and PF-17) will be removed, and then new active wellheads will be installed. These six wells will then become part of the active gas collection system and will be monitored in accordance with the Wellhead Monitoring SOP. New HDPE header piping, described in Section 2.5, will convey the extracted LFG to the flare. The location of these wells to be converted are shown on Sheet C-1 of the Design Plan Drawings (Attachment 1).

## 2.4 Replacement of Existing Active Wellheads

The existing active wellheads at ten vertical LFG extraction wells AW-1 to AW-8, PF-12, and PF-13 will be replaced with a newer style wellhead that is factory fabricated and manufactured specifically for use in accurately monitoring LFG wells. The location of these wells can be seen on Sheet C-1 of the Design Plan Drawings (Attachment 1). The newer style wellhead will allow for better control/balancing of the wells in the improved GCCS (e.g., better sized valve, interchangeable orifice plate to adjust for flow, multiple instrumentation ports, etc.). Additionally, all the active wellheads will be the same design, which will be beneficial when conducting monitoring in accordance with the Wellhead Monitoring SOP. A general detail of the newer wellhead is shown on Sheet CD-1.

## 2.5 LFG Header Piping

Expansion of the existing active GCCS will require new SDR-17 HDPE solid header pipe. HDPE is ideal due to its compatibility with LFG and waste, flexibility if settlement occurs, long-term stability, and chemical resistance properties. HDPE pipe can be cut, and new components fused in place to expand/repair the system easily. The new header pipe will be used to collect and convey extracted LFG to the flare for treatment.  The size of the new header pipe will vary from 4 to 6-inches, depending on the estimated amount of LFG that is being conveyed, velocity limitations, and allowable pressure loss. The approximate locations of the header piping are shown on Sheet C-1 of the Design Plan Drawings (Attachment 1). A section of the existing header piping between wells AW-4 to AW-8 will be replaced. The new header pipe will then run east from well AW-8 where the new horizontal collector well AW-9 will connect. From well AW-9, the header pipe will branch to create two new loops that will be used to connect two of the existing active wells (PF-12 and PF-13) and the six converted passive solar vent flares (PF-7 to PF-11, and PF-17). The two loops will then merge together and run west before connecting back into the new header around well AW-5.

A loop system is recommended for stability and operation of the wellfield. The high-point of approximately 735 feet will be near well PF-17, and all header piping will then maintain a minimum 3-perent pitch in order to properly convey any condensate by gravity to the existing condensate knockout (low-point), and to minimize blockages resulting from differential settlement of the landfill. The new header piping will be installed in the 36-inch protective sand cover above the existing GCL. The typical header installation detail is provided on Sheet CD-2 of the Design Plan Drawings. Access risers will also be installed at different locations to make sure the header pipe can be cleaned/serviced in the future, if needed.



## 2.6 Remaining Passive Vent Flares

In accordance with the Consent Decree and NSPS, the temperature and oxygen concentration must be monitored at any passive gas well. As such, the existing LGF monitoring ports will be utilized and either permanent or portable thermometers will be used at each of the 17 remaining passive vent flares. The remaining passive solar vent flares (PF-1 to PF-6, PF-14 to PF-16, and PF-18 to PF-25) can be seen on Sheet C-2 of the Design Plan Drawings (Attachment 1). No modifications will be made to these remaining passive solar vent flares. The monitoring will be conducted in accordance with the Wellhead Monitoring SOP. These passive vent flares are considered an approved alternative under 40 C.F.R. § 60.752(b)(2)(i)(C).

# 3.0 GCCS Compliance Evaluation and Alternatives

As outlined under Section 2.0 above, Gary will utilize a hybrid GCCS composed of both an active system used primarily for LFG migration control and a passive system that vents to individual passive solar flares. Landfills can use alternatives to active gas collection systems as long as they demonstrate it is sufficient:

> **§ 60.752(b)(2)(i)(C)** The collection and control system design plan shall either conform with specifications for active collection systems in § 60.759 or include a demonstration to the Administrator's satisfaction of the sufficiency of the alternative provisions to § 60.759.

This section outlines the requirements under 40 C.F.R. § 60.759 and the design alternatives.

## 3.1 Compliance with § 60.759(a)(1)

The GCCS is required to achieve control of surface gas emissions; however, not all conditions apply since the Landfill is a closed landfill.

> **§ 60.759(a)(1)** The collection devices within the interior and along the perimeter areas shall be certified to achieve comprehensive control of surface gas emissions by a professional engineer. The following issues shall be addressed in the design: depths of refuse, refuse gas generation rates and flow characteristics, cover properties, gas system expandability, leachate and condensate management, accessibility, compatibility with filling operations, integration with closure end use, air intrusion control, corrosion resistance, fill settlement, and resistance to the refuse decomposition heat.

The GCCS in this design plan has been designed to meet the NSPS requirements to control surface gas emissions. Gary has observed few surface emission exceedances while performing required surface emission monitoring with the current system. Gary will continue to perform surface emission monitoring in accordance with the Landfills NSPS to ensure comprehensive control of surface gas emissions.

Methods of compliance with §60.759(a)(1) are addressed in the following sections.

### 3.1.1   Depths of Refuse

The current LFG wells vary in depth from 50 to 120 feet. However, the exact refuse depth is unknown.

### 3.1.2   Refuse Gas Generation Rates and Flow Characteristics



A USEPA's LandGEM model was previously developed and run to estimate potential annual LFG generation rates for the landfill. The previous results summary report from the Landfill's Title V Permit indicates that in the year 2019, the estimated LFG generation rate is approximately 563 scfm based on Land GEM modeling. The new flare will have sufficient capacity to treat the collected LFG from the improved GCCS in accordance with 40 C.F.R. § 60.752(b)(2)(ii)(A)(*1*). The multi-stage centrifugal blower will provide a uniform source of vacuum over a wide range of flow rates, since gas flow volumes will vary over the life of the GCCS.  Note that LFG flow rates at the site will decline over time.

### 3.1.3    Cover Properties

The final cover design consists of a geosynthetic clay liner (GCL) overlain by a 3-foot thick protective cover layer consisting of sand.  Within the sand layer, storm water collection piping directs infiltrating rainfall to the toe of the landfill slope.  Beach grass was planted to stabilize the sand cover.  The primary purpose of the final cover system is to minimize precipitation infiltration that would generate additional leachate.

### 3.1.4    Gas System Expandability

Expandability of the gas system is achieved by using new HDPE piping as outlined above in Section 2.5. This allows for ease in cutting and fusing new components to existing piping. Because the Landfill is closed, Gary does not expect the need for further expansion unless required due to Landfills NSPS requirements.

### 3.1.5    Leachate/ Condensate Management

The Landfill was operated as a pre-Subtitle D landfill and was not equipped with a leachate collection system at the base of the facility.  Leachate management is accomplished with perforated piping extending into the landfill that gravity flows toward the lift station located along the northern side of the landfill and a containment structure around most of the landfill.  The containment trench includes a slurry wall installed along part of the north, and all of the east and south sides of the landfill.  A clay cut-off wall was constructed along the west and part of the north perimeter, and an existing clay dike was also constructed on the north side.

No condensate collection occurs at the extraction wells with individual solar igniter passive vent open flares because they are not connected to a common header pipe.

The perimeter migration control system on the west side of the landfill has piping that is sloped to promote condensate flow by gravity to a knockout and sump at the northwest open flare station.  All collected condensate flows via solid piping.  Condensate is pumped into a lift station located along the northern slope of the landfill.  The lift station pumps the leachate/ condensate into a sewer line that discharges into a local publicly owned treatment works (POTW) for treatment.

The condensate knockout and sump have sufficient capacity to handle the active gas collection system.

### 3.1.6    Accessibility

All GCCS components requiring access (such as wellheads, monitoring ports, solar igniter flares, batteries, etc.) are above grade.  In addition, the extraction wells and solar igniter flares are accessible via that landfill's road network.  LFG extraction wells have monitoring ports complying with 40 CFR 60.756(a).  Specifically, monitoring ports allow for the measurement of gauge pressure in the extraction well or oxygen concentration in the LFG, and temperature of the LFG.



### 3.1.7   Air Intrusion Control

Air intrusion into the landfill is controlled through monitoring and adjustments to the GCCS in accordance with the Landfills NSPS. However, as noted above in Section 3.1.3, the final cover on the Landfill is primarily meant to minimize leachate infiltration. Alternatives in monitoring are requested in Section 4 of this plan.

### 3.1.8   Corrosion Resistance

Corrosion resistance of the GCCS is achieved through the use of corrosion resistant materials or materials that have a corrosion resistant coating, in accordance with 40 CFR §60.759(b)(1). The primary components used in the construction of the GCCS are HDPE and PVC piping or other nonporous corrosion resistant material. Coated components will be inspected during routine GCCS monitoring for abrasion, chipping, or cracking of the coating.

### 3.1.9   Fill Settlement

Although waste settlement will occur due to decomposition of the refuse, the existing GCCS and proposed improvements are not expected to be impacted. The LFG extraction wellheads will be connected to the HDPE collection piping via a flexible pipe or hose connection. This allows the HDPE piping to accommodate changes in the surface contours due to settlement. This piping will be sloped at sufficient grades so that reasonable amounts of differential and total settlement may occur without causing pipe breakage or disrupting the overall gradient of the piping.

### 3.1.10   Resistance to Decomposition Heat

Resistance of the GCCS to the heat generated as a result of refuse decomposition is achieved through the use of materials tested and proven to withstand temperatures above those typically found in landfills. LFG temperature will be monitored periodically in accordance with operational monitoring standards as required by the NSPS. The GCCS will be adjusted or modified to mitigate potential effects of elevated temperatures when warranted.

## 3.2   Compliance with § 60.759(a)(2)

The GCCS is required to address issues with gas migration:

> **§60.759(a)(2)** The sufficient density of gas collection devices determined in paragraph (a)(1) of this section shall address landfill gas migration issues and augmentation of the collection system through the use of active or passive systems at the landfill perimeter or exterior.

The installation and operation of an active gas collection system (as described herein) causes an inward pressure gradient at the landfill, which will serve to minimize off-site migration of LFG. The facility performs perimeter gas monitoring in accordance with Indiana Department of Environmental Management (IDEM) regulations. This monitoring will help to measure the effectiveness of the gas collection system at minimizing off-site migration. The new GCCS construction outlined under Section 2.2 is also meant to address current gas migration concerns at the Landfill.

## 3.3   Compliance with § 60.759(a)(3)

The GCCS system is required to control all gas producing areas at the landfill:

§60.759(a)(3) The placement of gas collection devices determined in paragraph (a)(1) of this section shall control all gas producing areas, except as provided by paragraphs (a)(3)(i) and (a)(3)(ii) of this section.



The new GCCS will be composed of a hybrid active and passive gas collection system with wellheads approximately every 250 feet that control gas either actively through an open flare or passively through solar flares. Wellheads are located in all areas of the landfill and no area falls under the criteria for non-gas producing as outlined in 40 C.F.R. § 60.759(a)(3)(i)&(ii).

## 3.4   Compliance with § 60.759(b)(1), (2), and (3)

The GCCS is required to comply with certain construction requirements outlined below:

> **§60.759(b)** Each owner or operator seeking to comply with §60.752(b)(2)(i)(A) shall construct the gas collection devices using the following equipment or procedures:

### 3.4.1   LFG Extraction Component Construction

> **§60.759(b)(1)** The landfill gas extraction components shall be constructed of polyvinyl chloride (PVC), high density polyethylene (HDPE) pipe, fiberglass, stainless steel, or other non-porous corrosion resistant material of suitable dimensions to: convey projected amounts of gases; withstand installation, static, and settlement forces; and withstand planned overburden or traffic loads. The collection system shall extend as necessary to comply with emission and migration standards. Collection devices such as wells and horizontal collectors shall be perforated to allow gas entry without head loss sufficient to impair performance across the intended extent of control. Perforations shall be situated with regard to the need to prevent excessive air infiltration.

Current and future GCCS components are made using PVC and HDPE which are non-porous, corrosion resistant materials. The GCCS is composed of both an active and passive system. Sizing of components is described further in Section 2.0 above. All components were sized to convey the estimated amount of LFG. Because the Landfill is a closed landfill, Gary expects minimal overburden or traffic loads. The GCCS can withstand settlement forces as outlined in Section 3.1.9. Gary expects minimal expansion of the GCCS since the Landfill is a closed landfill. The GCCS will be expanded or modified in accordance with the Landfills NSPS requirements. Vertical gas wells in both the active and passive GCCS have perforations that allow gas entry. LFG wells have solid pipe near the ground surface to prevent air intrusion into the wellheads. However, part of the GCCS is a passive gas system that uses the pressure gradient from LFG generated to push gas to passive solar vent flares. Because this system relies on positive pressure instead of negative, there likely would be minimal air infiltration. Monitoring of the gas extraction components is also used to detect for air infiltration in accordance with the Landfills NSPS.

### 3.4.2   LFG Extraction Component Installation

> **§60.759(b)(2)** Vertical wells shall be placed so as not to endanger underlying liners and shall address the occurrence of water within the landfill. Holes and trenches constructed for piped wells and horizontal collectors shall be of sufficient cross-section so as to allow for their proper construction and completion including, for example, centering of pipes and placement of gravel backfill. Collection devices shall be designed so as not to allow indirect short circuiting of air into the cover or refuse into the collection system or gas into the air. Any gravel used around pipe perforations should be of a dimension so as not to penetrate or block perforations.

The Landfill is a pre-Subtitle D landfill that does not have a constructed liner. Gary is utilizing existing vertical wells that were constructed during closure in 1997 and built using typical well construction



procedures at the time. Section 2.2 outlines the placement of a new horizontal extraction well used to minimize gas migration. Any future vertical or horizontal wells will be placed in trenches of sufficient cross-section for proper construction and gravel will be sized so as to not penetrate or block perforations.

### 3.4.3   LFG Extraction Component Connections

**§60.759(b)(2)** Collection devices may be connected to the collection header pipes below or above the landfill surface. The connector assembly shall include a positive closing throttle valve, any necessary seal and couplings, access couplings and at least one sampling port. The collection devices shall be constructed of PVC, HDPE, fiberglass, stainless steel, or other non-porous material of suitable thickness.

Active collection devices are connected to the header pipes using later piping. Section 2.5 outlines the new design for the landfill header piping servicing the active GCCS. Section 2.4 outlines the new connector assemblies to be installed on the active gas extraction wells that will include valve, orifice plate, and sampling ports. Gas collection infrastructure are constructed using PVC and HDPE.

## 3.5   Compliance with §60.759(c)(1) or (2)

The GCCS is required to be sized appropriately to handle the maximum gas generation:

**§60.759(c)** Each owner or operator seeking to comply with §60.752(b)(2)(i)(A) shall convey the landfill gas to a control system in compliance with §60.752(b)(2)(iii) through the collection header pipe(s). The gas mover equipment shall be sized to handle the maximum gas generation flow rate expected over the intended use period of the gas moving equipment using the following procedures:

A GCCS is currently installed at the Landfill. Per historical data of the site, the average gas flow rate using LandGEM for 2019 is approximately 563 scfm. Since the Landfill is a closed landfill, LFG flow rate will decrease over time, and so the current flow rate is the expected maximum.

# 4.0 Proposed Variances to NSPS Requirements

The Landfills NSPS allows for alternatives to the operational standards, test methods, procedures, compliance measures, monitoring, record keeping, or reporting if requested in the design plan:

**40 CFR 60.752(b)(2)(i)(B)** The collection and control system design plan shall include any alternatives to the operational standards, test methods, procedures, compliance measures, monitoring, record keeping or reporting provisions of 60.753 through 60.758 proposed by the owner or operator.

Because the Landfill was closed in 1998, declining gas flow rates may cause issues with typical operating parameter requirements. Therefore, Gary is requesting the following alternatives to the operational standards, test methods, procedures, compliance measures, monitoring, record keeping or reporting provisions of the Landfills NSPS, which are also listed in the Consent Decree:

## 4.1 GCCS Operation and Monitoring Requirements



Because the Landfill has both an active and passive GCCS, there are various alternatives in operation and monitoring.

### 4.1.1   Passive Gas Well Monitoring

Although monitoring for temperature, oxygen or nitrogen, and pressure is only required for active gas collection wells in accordance with 40 C.F.R. §60.756(a), Gary will monitor for temperature and oxygen at each passive gas well monthly and record data according to the Wellhead Monitoring SOP in the Consent Decree.

### 4.1.2   Compliance Provisions and Operational Standards for Active Gas Extraction Wells

The active GCCS at the Landfill is primarily used for the prevention of LFG migration off-site. A majority of the gas extraction wells are located on the edge of the waste boundary and in areas with lower gas generation making it difficult to consistently meet the requirements under 40 C.F.R. § 60.755(a)(3)&(5). Gary will instead comply with the following requirements, which are similar to those included in the new Landfills NSPS under 40 C.F.R. Part 60, Subpart XXX:

1.  If an Active Gas Extraction Well is not operating within one or more of the operational parameters (temperature, oxygen, and pressure), Gary shall initiate corrective action to correct the exceedance within 5 Days from the initial measurement. Any attempted corrective measure must not cause exceedances of other operational or performance standards.

2.  If Gary is unable to correct the exceedance within 5 Days of the initial measurement of an exceedance, Gary shall conduct a root cause analysis and correct the exceedance as soon as practicable, but no later than 60 Days after the exceedance was first measured.

3.  If corrective action is expected to take longer than 60 Days to complete after the initial measurement of the exceedance, Gary shall submit to EPA for review and approval in accordance with Section IV.G. the root cause analysis and either (i) a corresponding implementation timeline for further corrective action or (ii) proposed alternative operational parameters for the Active Gas Extraction Well. In the event Gary proposes an alternative operational parameter for an Active Gas Extraction Well, EPA shall consider site-specific conditions and limitations when evaluating Gary's proposal.

### 4.1.3   Compliance Provisions and Operation Standards for Passive Gas Wells

The passive GCCS at the Landfill is responsible for control of LFG from most of the collection area. Passive gas wells are fitted with solar passive flares that have a spark ignitor but no monitor for the presence of a flame. Gary will use to following procedure to assess the operation of the passive gas well flares to ensure control:

1.  Gary shall operate the Passive Gas Well Flares at all times that the Passive Gas Wells are open.

2.  Gary shall inspect each Passive Gas Well Flare weekly to determine whether a flame is present and operable. If a Passive Gas Well Flare is inoperable, the Passive Gas Well shall be closed so as to not vent the gas to the atmosphere within one hour after Gary becomes aware that the Passive Gas Well Flare is inoperable. Gary shall relight the Passive Gas Well and, if necessary, repair the Passive Gas Well Flare so that it is operable within 5 Days of the initial weekly inspection where it was found inoperable.



3. If Passive Gas Well Flares are operational (i.e. repair or maintenance is not necessary), but the Passive Gas Well Flares will not light because of insufficient LFG flow, the Passive Gas Well shall be closed so as not to vent gas to the atmosphere within one hour after Gary determines the Passive Gas Well Flare will not light because of insufficient gas flow. Within 5 Days of an inspection where it was found a Passive Gas Well would not light because of insufficient LFG flow, Gary shall reopen the Passive Gas Well valve and attempt to relight the Passive Gas Well Flare. Gary shall ensure that the insufficient LFG flow is not due to a pinched well or other condition of the Passive Gas Well that can be fixed or repaired.

### 4.1.4   Gas Well Decommissioning

A passive or active LFG well may be taken out-of-service if it is experiencing sufficiently declining gas flows, using an alternative operating procedure as outlined in this section.

A passive well is experiencing sufficiently declining gas flows if:

1. The passive solar flare vent will not relight after four consecutive attempts to relight, as described in Section 3.2.1 of the Wellhead Monitoring SOP; and

2. The insufficient landfill gas flow is not due to a pinched well or other condition of the passive well that can be fixed or repaired.

An active well is experiencing sufficiently declining gas flows if:

1. There is a record of at least six months of low gas flow;

2. Gas quality is diminishing based on methane content; and

3. The insufficient landfill gas flow is not due to a pinched well or other condition of the active well that can be fixed or repaired.

The following site-specific procedure shall be used if a passive or active well is taken out-of-service:

1. Notify IDEM and EPA that the well has been taken out-of-service;

2. Close any valves or openings that could lead to venting;

3. Monitor surface emissions in the area of the well, pursuant to the Surface Monitoring SOP; and

4. Uncap the well and put the well back into service if the area around the well is experiencing surface emissions exceedances and cover repairs were not able to correct the exceedance.

A passive or active LFG well that is taken out-of-service will not be subject to the requirements of Paragraphs 9, 10, and 11 of the Consent Decree while it is out-of-service, except as provided above.

Permanent decommissioning of a passive or active well (i.e. cutting off wellhead below ground, capping, and backfilling) must be approved by IDEM. A passive or active LFG well that is permanently decommissioned after approval by IDEM will not be subject to the requirements of Paragraphs 9, 10, and 11 of the Consent Decree.

As-built drawings must be kept up-to-date to show the well has been permanently decommissioned or is currently out of service.



## 4.2 GCCS Design Alternatives

The GCCS at the Landfill is a combination of both a passive and active system. This design is specific to the circumstances surrounding the Landfill including the closure, the existing GCCS, landfill cover design, and other design considerations. The alternatives are described in further detail in the above sections. Alternatives in design to an active collection system are allowed in accordance with 40 C.F.R. § 60.752(b)(2)(i)(C):

> **§ 60.752(b)(2)(i)(C)** The collection and control system design plan shall either conform with specifications for active collection systems in § 60.759 or include a demonstration to the Administrator's satisfaction of the sufficiency of the alternative provisions to § 60.759.



Attachment 1

Design Plan Drawings

# CITY OF GARY, INDIANA

# CLOSED GARY SANITARY LANDFILL
## GAS COLLECTION AND CONTROL SYSTEM IMPROVEMENTS



LOCATION MAP
(NOT TO SCALE)

IMAGE OBTAINED FROM GOOGLE EARTH PRO JUNE, 2019

### LIST OF DRAWINGS

| SHEET | TITLE |
| --- | --- |
|  | COVER SHEET |
| C-1 | LANDFILL GAS COLLECTION AND CONTROL SYSTEM IMPROVEMENTS |
| C-2 | LANDFILL GAS COLLECTION AND CONTROL SYSTEM PLAN |
| CD-1 | GAS SYSTEM DETAILS I |
| CD-2 | GAS SYSTEM DETAILS II |

**CDM Smith**

125 South Wacker Drive, Suite 700
Chicago, Illinois 60606
Tel. (312) 346-5000

## JULY 2019

NOT FOR CONSTRUCTION



CITY OF GARY, INDIANA

CLOSED GARY SANITARY LANDFILL

LANDFILL GAS COLLECTION AND
CONTROL SYSTEM IMPROVEMENTS

C-1

NOT FOR CONSTRUCTION



USEPA IN AND more 2x5.2:-00206-TLC-IEM - document 2.1 - filed 10/27/22 - page 47 of 151

N

1" = 150

LEGEND

PF-25  PASSIVE SOLAR FLARE GAS WELL

AW-12  ACTIVE LFG EXTRACTION WELL

LFG HORIZONTAL COLLECTOR

LFG HEADER PIPE

OFFSET WELLHEAD

GAS PROBE

HP  HIGH POINT

LP  LOW POINT

UTILITY
FLARE CONTROL DEVICE

AW-1
AW-2
AW-3

8" HEADER PIPE

AW-17
(FORMERLY PF-10)
4" HEADER PIPE
PF-25
6" HEADER PIPE
AW-5
AW-16
(FORMERLY PF-7)
4" HEADER PIPE
PF-18
AW-15
(FORMERLY PF-11)
AW-6
6" HEADER PIPE
AW-13
(FORMERLY PF-9)
HP
AW-14
(FORMERLY PF-17)
PF-1
AW-7
4" HEADER PIPE
AW-12
(FORMERLY PF-8)
PF-3
PF-2
AW-11
(FORMERLY PF-12)
AW-10
(FORMERLY PF-13)
PF-14
AW-8
4" HEADER PIPE
PF-15
AW-9
(OFFSET)
6" HEADER PIPE

COLFAX STREET

PERIMETER
ROAD

4" HEADER PIPE

PF-7

PF-23
PF-24

LANDFILL
ACCESS
ROAD

PF-22
PF-27

PF-20
PF-6
PF-16

PF-5
PF-4
PF-19

BUILDING

BUILDING

BUILDING

BURR STREET

PERIMETER
ROAD

CITY OF GARY, INDIANA

CLOSED GARY SANITARY LANDFILL

LANDFILL GAS COLLECTION AND
CONTROL SYSTEM PLAN

CDM Smith
125 South Wacker Drive, Suite 700
Chicago, Illinois 60606
Tel: (312) 346-5000

SHEET NO.
C-2

NOT FOR CONSTRUCTION



OFFSET WELLHEAD ASSEMBLY
(WELL AW-9)
DETAIL A

GAS COLLECTION WELLHEAD ASSEMBLY
(WELLS AW-1 TO AW-3)
DETAIL B

NOTE:
1. REMOVE THE EXISTING FLANGE AT TOP OF WELL.

PANEL PIPE TO OFFSET WELLHEAD ASSEMBLY
FOR AW-9
DETAIL C

NOTE:
1. WHERE EXISTING GCL IS REMOVED OR DAMAGED (TORN, PUNCTURED, PERFORATED, ETC.) DURING CONSTRUCTION, PLACE NEW GCL PATCH SUCH THAT A MIN OVERLAP OF 12" IS ACHIEVED AROUND ALL PARTS OF THE AFFECTED AREA. GRANULAR BENTONITE, OR BENTONITE MASTIC SHALL BE APPLIED AROUND THE EXISTING AREA PRIOR TO PLACEMENT OF THE PATCH. ENSURE THAT THE PATCH IS NOT DISPLACED DURING PLACEMENT OF SAND COVER.

GAS COLLECTION WELLHEAD ASSEMBLY
(WELLS AW-4 TO AW-8, PF-7 TO PF-13, & PF-17)
DETAIL D

NOTE:
1. REMOVE THE EXISTING FLANGE AT THE TOP OF THE WELL.

CITY OF GARY, INDIANA
CLOSED GARY SANITARY LANDFILL
GAS SYSTEM DETAILS I

CDM Smith
125 South Wacker Drive, Suite 700
Chicago, Illinois 60606
Tel: (312) 346-5000

CD-1

NOT FOR CONSTRUCTION



USDC INND case 2:21-cv-00205-TLC-JEM document 2-1 filed 10/27/22 page 49 of 151

### HEADER INSTALLATION DETAILS
#### DETAIL Ⓐ

REGRADE EXISTING SAND COVER TO UNIFORM SLOPE PLACE 2" MINIMUM TOPSOIL AND SEED

MARKER TAPE SETON STYLE NO. 37224 6" WIDE DETECTABLE METALLIC TAPE LEGEND: "CAUTION – BURIED GAS LINE BELOW"

EXISTING 36" SAND COVER

6" BEDDING

SDR 17 HDPE HEADER PIPE (SIZE VARIES)

EXISTING GEOSYNTHETIC CLAY LINER

EXISTING INTERMEDIATE COVER

NOTE:
1. CONTRACTOR IS TO REGRADE AREAS OF STRESSED VEGETATION TO A UNIFORM SLOPE MATCHING SURROUNDING EXISTING GRADES. AFTER THE AREA IS REGRADED, A MINIMUM OF 2 INCHES OF TOPSOIL AND SEED SHALL BE INSTALLED.

### SECTION A–A

MARKER TAPE SETON STYLE NO. 37224 6" WIDE DETECTABLE METALLIC TAPE LEGEND: "CAUTION – BURIED GAS LINE BELOW"

SELECT SAND COVER (NO MATERIAL GREATER THAN 2")

FILL TO PIPE HAUNCH AND COMPACT

6" MIN    6" MIN

EXISTING SAND COVER

EXISTING INTERMEDIATE COVER

HEADER HDPE SDR 17 (SIZE VARIES)

EXISTING GCL

### NEW FLARE BLOCK DIAGRAM
#### DETAIL Ⓑ

18" CONDENSATE SUMP

FENCE

4" VALVE OPERATOR

12" CONDENSATE RISER

12" VALVE

CONTROL VALVE

BLOWER

FLARE

TRAP

KNOCKOUT

POWER AND CONTROL PANELS

CONCRETE PAD

ELECTRICAL AND CONTROL PANELS

NOTE:
1. REMOVE THE EXISTING BLOWER AND FLARE AFTER THE EXISTING 12" VALVE AND PIPE REDUCERS. REGRADE AND COMPACT EXISTING STONE BEFORE PLACING THE NEW CONCRETE SLAB.

---

CITY OF GARY, INDIANA

CLOSED GARY SANITARY LANDFILL

GAS SYSTEM DETAILS II

**CDM Smith**
125 South Wacker Drive, Suite 700
Chicago, Illinois 60606
Tel: (312) 346-5000

CD-2

NOT FOR CONSTRUCTION

# APPENDIX 2

# Wellhead Monitoring SOP

# Closed Gary Sanitary Landfill
# Wellhead Monitoring SOP

## 1.0 Introduction

In accordance with the Consent Decree, this Wellhead Monitoring Standard Operating Procedure (SOP) was developed to address wellhead monitoring including background information, equipment description, equipment servicing, calibration procedures, monitoring procedures, follow-up monitoring, quality assurance, and all forms that must be filled out for each monitoring event or during well servicing.

## 2.0 Background

The landfill gas collection and control system (GCCS) consists of both an active collection system and a passive collection system. The active collection system uses gas mover equipment (i.e., blower) to transport gas through the header pipe system to the flare for treatment. The passive system uses positive pressure within the landfill to move the landfill gas (rather than using gas mover equipment) to solar ignited vent flares for treatment.

### 2.1 Well Types

A passive gas well is a vertical or horizontal perforated pipe placed in drilled vertical or horizontal hole in the ground or surface of the landfill designed to extract landfill gas through the use of the positive pressure of the landfill rather than the Gas Mover Equipment.

An active gas extraction well is a vertical or horizontal perforated pipe placed in a drilled vertical or horizontal hole in the ground or surface of the landfill designed to extract landfill gas through the use of active vacuum applied by the gas mover equipment.

## 3.0 Passive Gas Wells

Each passive solar vent flare is the point where flow is regulated, and compliance is demonstrated through monitoring. The solar vent flares will be operated at all times that the passive gas wells are open. Regular inspection and maintenance of this equipment is necessary for the consistent and reliable operation of the passive collection system. The following sections describe the procedures for performing routing passive gas well inspections and maintenance.

### 3.1 Monitoring

The temperature and oxygen concentration will be monitored at each passive gas well on a monthly basis. The "Passive Gas Well Monitoring Logs" are provided as **Attachments 1 to 2**. Included are logs for the existing passive gas wells, and the wells after the GCCS improvements.

When monitoring, the oxygen level will be determined by utilizing a portable Landtec GEM5000 gas analyzer (or equivalent) calibrated to the manufacturer's specifications.



All wellhead monitoring forms, including deficiencies found and a timeline for the repairs, will be saved every month and retained for five years.

## 3.2 Inspections

In accordance with the Consent Decree and GCCS Design Plan, the passive solar vent flares will be inspected weekly to ensure that the equipment is operating properly and that a flame is present.

If a passive solar vent flare is inoperable, the solar vent flare will be closed so as to not vent the landfill gas to the atmosphere within one hour after landfill personnel become aware that the passive solar vent flare is inoperable.  Landfill personnel will relight the passive solar vent flare and, if necessary, repair the passive solar vent flare so that it is operable within five (5) days of the initial weekly inspection where it was found inoperable. If any component is not operating as intended, refer to Section 3.4 for equipment maintenance and repair procedures.

Any equipment exhibiting problems will be further evaluated to determine cause and appropriate corrective actions. Inspection personnel will record and report any observations in detail on the "Passive Gas Well Inspection Logs" provided as **Attachment 3 to 4**. Included are logs for the existing passive gas wells, and the wells after the GCCS improvements.

Inspection personnel will review the noted observations with the designated landfill supervisor to identify and schedule corrective actions and/or repairs that are deemed necessary. Any deficiencies found during inspection will be corrected as soon as possible.  The log will also be kept for tracking when the deficiency was found, when the work was scheduled, and when the work was completed.

### 3.2.1 Low Landfill Gas Flow Rate

If a passive solar vent flare is operational (i.e., repair or maintenance is not necessary), but the passive solar vent flare will not light because of insufficient landfill gas flow, the passive solar vent flare will be closed so as not to vent landfill gas to the atmosphere within one hour after landfill personnel determine that the passive solar vent flare will not light because of insufficient gas flow (first attempt).

Within seven (7) days of the inspection where it was found the passive solar vent flare would not light because of insufficient landfill gas flow, landfill personnel will reopen the passive solar vent flare and attempt to relight (second attempt). The landfill personnel will again ensure that the insufficient landfill gas flow is not due to a pinched well or other condition that can be fixed or repaired. If the flare still does not relight, the valve will be closed.

Within seven (7) days of the second attempt, landfill personnel will reopen the passive solar vent flare and attempt to relight (third attempt). The landfill personnel will again ensure that the insufficient landfill gas flow is not due to a pinched well or other condition that can be fixed or repaired. If the vent flare still does not relight, the valve will be closed.

Within seven (7) days of the third attempt, landfill personnel will reopen the passive solar vent flare and attempt to relight (fourth attempt). The landfill personnel will again ensure that the insufficient landfill gas flow is not due to a pinched well or other condition that can be fixed or repaired. If the vent flare still does not relight, the passive flare vent will be removed, and the well will be capped and removed from the monitoring program.

2

## 3.3 Maintenance and Repair Overview

Prior to work being performed, landfill personnel will review current and future weather conditions to ensure no adverse weather conditions exist which may impact repairs. Safety procedures will be employed and followed during all repair activities. No smoking will be allowed while completing repairs on or around the landfill. Repair of the passive solar vent flares in the field will not take place during precipitation, or in the presence of excessive wind or other adverse weather conditions.

A review and inventory of required work materials will be conducted prior to starting repair work to ensure that materials, equipment, and supplies are available and near the repair area. The following materials should be verified prior to starting work:

- Battery pack;

- Solar panel;

- New valves or appropriate size;

- Flame arrester module;

- Spark pilot;

- Bolts, washers, and nuts for connections, and;

- Proper tools/supplies to perform maintenance or repair.

An adequate inventory of replacement parts will be stored on-site at all times. The following Section 3.4 provides additional details for typical repair procedures. All repairs will be logged and retained for future use or reference.

## 3.4 Maintenance and Repair Procedures

All passive solar vent flare components will be inspected and maintained to ensure consistent and reliable operation. Vent flare inspections, adjustments, and repairs and/or replacement are a common procedure performed to ensure proper operations, all connections/fittings are tight, and proper gas flow is occurring. Inspections are intended to identify conditions that could render the passive collection system inoperable. The following procedures will be followed to inspect, and repair or replace passive solar vent flare components in an efficient and safe manner:

- Inspect the well casing above grade for signs of damage, deterioration, or potential problems. Any casings observed with problems should be repaired as necessary.

- Inspect sample port and O-rings for cracks and damage and replace if damaged. Check the sample ports for tightness and tighten as necessary. Ensure the sample ports are free of debris and clean as necessary. Inspect sample port caps for damage/deterioration and replace if needed. Ensure that sample port caps are properly in place to prevent deterioration of port or dirt accumulation.

3

- Inspect mechanical joints (e.g., couplers, flanges, etc.) for leaks. Document and repair indications of a leak. Inspect all associated clamps/mechanical fasteners and ensure they are tight and operating properly.

- Inspect valves to verify they are in good condition and functioning as intended. Any broken valve components should be replaced as soon as practicable.

- Inspect thermometers for proper operation. For example, compare measurements with known standard to determine accuracy, rotate the thermometer to ensure proper dial operation, inspect O-rings or seals for damage or wear, and replace thermometer to ensure accuracy, if necessary.

- Check the integrity of the solar panel, electrical connections, and ignition wires. Replace any defective parts. Clean the solar panel and, if possible, assure that it is facing generally south.

- Check the battery voltage; if the 6-volt battery is less than 6 volts, recharge it using the appropriate trickle charger. If the battery will not recharge, or will not hold a charge, replace the battery with a new one. The battery is checked by removing the solar igniter top cover and testing with a multimeter at the positive and negative terminals.

- Any signs of damage and wear & tear should be documented.

- Any maintenance or repair required should be performed as soon as practicable to return a component to its intended function.

- Any damaged, worn, or broken components observed should be replaced as soon as practicable.

- Perform the following if the flare must be removed, when appropriate:

    o Remove the flare by unbolting the companion flange. Before removing, close the valve so that landfill gas does not vent freely and ensure that the electric sparker switch is in the "OFF" position. Then, lay the flare down and remove the stainless-steel screws in the flare arrester module and take out the stainless-steel wire gauze wire insert with needle-nose pliers or a screwdriver. Clean the insert in solvent (such as WD-40), or obtain a replacement insert.

    o Look through the flare from the bottom to top to assure that it is free of obstruction. A buildup of dead insects in the pipe can cause an obstruction; this buildup should be removed by running a broom handle or pipe through the flare. Then install the cleaned or new flare arrester wire gauze insert.

    o Examine the spark igniter for build-up of carbon on the electrode surfaces. Run a fine emery cloth across the gap to remove any buildup from the surface of the stainless-steel body and spark ring. Assure the gap is 0.045" to 0.050". Replace defective or inoperative sparkers.

    o Visually inspect all flare elements for corrosion or other damage. Clean or replace as required.

4

- o Reinstall the flare. Assure that spark is performing reliably and that the valve operates freely. Check that re-ignition of the landfill gas occurs within approximately 1-minute after opening the valve.

### 3.4.1 Post-Work Inspection

After any repair work has been completed, landfill personnel will inspect the passive solar vent flare connections and fittings for tightness to ensure no leaks exist. The work area will also be cleaned properly (e.g., all work-related materials, debris, and equipment have been removed).

# 4.0 Active Gas Extraction Wells

Each active gas extraction wellhead is the point where flow is regulated, and compliance is demonstrated through monitoring. Regular inspection and maintenance of this equipment is necessary for the consistent and reliable operation of the active collection system. The following sections describe the procedures for performing routine active well inspections and maintenance.

## 4.1 Monitoring

The active wellhead monitoring will be performed at the following frequencies in accordance with the Consent Decree. Once the improvements have been made to the GCCS, and the system has been operating for six months, all wellheads at the site will be monitored on a monthly basis.

| Start Activity | Finish Activity | Frequency |
|---|---|---|
| Date of Entry (Consent Decree) | GCCS Improvements | Monthly |
| GCCS Improvements | Six Months after GCCS Improvements | Twice Monthly |
| Six Months after GCCS Improvements | N/A | Monthly |

Three "Active Gas Extraction Well Monitoring Logs" are provided as **Attachments 5 to 7**. Included are the typical monitoring logs (existing and after GCCS improvements) and, if needed, the log to document any retesting that occurs within 5-days of the initial measurement of an exceedance.

In accordance with the Consent Decree, landfill personnel will monitor the active gas extraction wells to determine whether they are operating:

1. Under negative pressure;

2. With a landfill gas temperature less than 55℃ (130 °F); and

3. With an oxygen level less than 5%.

When monitoring, the oxygen level will be determined by utilizing a portable Landtec GEM5000 gas analyzer (or equivalent) calibrated to the manufacturer's specifications. A copy of the Landtec GEM5000 Gas Analyzer Used Manual is attached as Exhibit A, and the cover page is included as Figure 1 at the end of this document.

5

### 4.1.1 Operational Parameter Corrections

If an active gas extraction well is not operating within one or more of the operational parameters above, corrective actions will be initiated to correct the exceedance within five (5) days from the initial measurement. Any attempted corrective measure must not cause exceedances of other operational or performance standards.

If landfill personnel are unable to correct the exceedance within five (5) days of the initial measurement of the exceedance, a root cause analysis will be conducted and correct the exceedance as soon as practicable, but no later than 60 days after the exceedance was first measured.

If the corrective actions are expected to take longer than 60 days to complete after the initial measurement of the exceedance, the root cause analysis and either of the following will be submitted to the EPA for review and approval:

1.      A corresponding implementation timeline for further corrective actions, or

2.      Proposed alternative operational parameters for the active gas extraction well.

In the event an alternative operational parameter for an active gas extraction well is proposed, the EPA will consider site-specific conditions and limitations when evaluating the proposal.

## 4.2 Inspections

The active gas extraction wells will be inspected monthly during the monitoring events to ensure that the equipment is operating properly. If any component is not operating as intended, refer to Section 4.4 for equipment maintenance and repair procedures.

Any equipment exhibiting problems will be further evaluated to determine cause and appropriate corrective actions. Inspection personnel will record and report any observations in detail on the "Active Gas Extraction Well Inspection Logs" provided as **Attachments 8 to 9**. Included are logs for the existing active gas extraction wells, and the wells after the GCCS improvements.

Inspection personnel will review the noted observations with the designated landfill supervisor to identify and schedule corrective actions and/or repairs that are deemed necessary. Any deficiencies found during inspection will be corrected as soon as possible.  The log will also be kept for tracking when the deficiency was found, when the work was scheduled, and when the work was completed.

## 4.3 Maintenance and Repair Overview

Prior to work being performed, landfill personnel will review current and future weather conditions to ensure no adverse weather conditions exist which may impact repairs. Safety procedures will be employed and followed during all repair activities. No smoking will be allowed while completing repairs on or around the landfill. Repair of the active wellheads in the field will not take place during precipitation, or in the presence of excessive wind or other adverse weather conditions.

A review and inventory of required work materials will be conducted prior to starting repair work to ensure that materials, equipment, and supplies are available and near the repair area. The following materials should be verified prior to starting work:

6

- Backup rings for connections;

- New valves or Fernco couplings of appropriate size;

- Bolts, washers, and nuts for connections, and;

- Proper tools/supplies to perform maintenance or repair.

An adequate inventory of replacement parts will be stored on-site at all times. The following Section 4.4 provides additional details for typical maintenance and repair procedures. All repairs will be logged and retained for future use or reference.

## 4.4 Maintenance and Repair Procedures

All active gas extraction wellhead components will be inspected and maintained to ensure consistent and reliable operation. Wellhead inspections, adjustments, and repairs and/or replacement are a common procedure performed to ensure proper operations, all connections/fittings are tight, and proper gas flow is occurring. Inspections are intended to identify conditions that could render the active collection system inoperable. The following procedures will be followed to inspect, and repair or replace active wellhead components in an efficient and safe manner:

- Inspect the well casing above grade for signs of damage, deterioration, or potential problems. Any casings observed with problems should be repaired as necessary.

- Inspect sample port and O-rings for cracks and damage and replace if damaged. Check the sample ports for tightness and tighten as necessary. Ensure the sample ports are free of debris and clean as necessary. Inspect sample port caps for damage/deterioration and replace if needed. Ensure that sample port caps are properly in place to prevent deterioration of port or dirt accumulation.

- Inspect flex hoses for signs of deterioration including cracks and brittleness. Also inspect for any constrictions or kinks, and that the hose is the appropriate length to promote condensate drainage. Flex hoses should not be in tension and should be long enough to accommodate slight differential movement of the well pipe and lateral riser. Any flex hose that does not pass inspection should be replaced.

- Inspect mechanical joints (e.g., couplers, flanges, etc.) on the wellhead and well casing for leaks. Document and repair indications of a vacuum leak. Potential leak indications include, but are not limited to, hiss sounds coming from a joint and staining or accumulation of liquid on the wellhead or well casing. Inspect all associated clamps/mechanical fasteners and ensure they are tight and operating properly.

- Inspect wellhead valves to verify they are in good condition and functioning as intended. Completely open and close valve to ensure it operates smoothly through full range. Any broken valve components should be replaced as soon as practicable.

- Inspect permanently installed thermometers for proper operation, if any. For example, compare measurements with known standard to determine accuracy, rotate the

7

thermometer to ensure proper dial operation, inspect O-rings or seals for damage or wear, and replace thermometer to ensure accuracy, if necessary.

- Inspect connected conveyance piping, and associated clamps/mechanical fasteners for tightness and proper operation. Adjust as necessary or replace if needed.

-  Any signs of damage and wear & tear should be documented.

- Any maintenance or repair required should be performed as soon as practicable to return a component to its intended function.

- Any damaged, worn, or broken components observed should be replaced as soon as practicable.

### 4.4.1 Post-Work Inspection

After any repair work has been completed, landfill personnel will inspect the active wellhead connections and fittings for tightness to ensure no leaks exist. Landfill personnel will ensure that sufficient vacuum is being supplied to the well. The work area will also be cleaned properly (e.g., all work-related materials, debris, and equipment have been removed).



# GEM5000 Gas Analyzer

# Operating Manual



**QED Environmental Systems, Inc.**
2355 Bishop Circle West
Dexter, MI.   48130
Tel: (800) 624-2026
Fax :(734) 995-1170
Email: info@qedenv.com
Website: www.landtecna.com

Rev.2.1.2018

Figure 1. Landtec GEM500 Gas Analyzer Operating Manual Cover Page (see Exhibit A)

Attachment 1

Passive Gas Well Monitoring Log

(Monthly)

Before GCCS Improvements

**Closed Gary Sanitary Landfill**
**Passive Gas Well Monitoring Log (Monthly), Before GCCS Improvements**

Staff: _____

Date: _____

| Well ID | Gas Readings | | Comments |
|---|---|---|---|
| | Temp °F | O$_2$ % | |
| PF-1 | | | |
| PF-2 | | | |
| PF-3 | | | |
| PF-4 | | | |
| PF-5 | | | |
| PF-6 | | | |
| PF-7 | | | |
| PF-8 | | | |
| PF-9 | | | |
| PF-10 | | | |
| PF-11 | | | |
| PF-14 | | | |
| PF-15 | | | |
| PF-16 | | | |
| PF-17 | | | |
| PF-18 | | | |
| PF-19 | | | |
| PF-20 | | | |
| PF-21 | | | |
| PF-22 | | | |
| PF-23 | | | |
| PF-24 | | | |
| PF-25 | | | |

Attachment 2

Passive Gas Well Monitoring Log

(Monthly)

After GCCS Improvements

**Closed Gary Sanitary Landfill**
**Passive Gas Well Monitoring Log (Monthly)**

Staff: _____

Date: _____

| Well ID | Gas Readings | | Comments |
|---------|--------------|-----|----------|
|  | Temp ° F | O$_2$ % |  |
| PF-1 |  |  |  |
| PF-2 |  |  |  |
| PF-3 |  |  |  |
| PF-4 |  |  |  |
| PF-5 |  |  |  |
| PF-6 |  |  |  |
| PF-14 |  |  |  |
| PF-15 |  |  |  |
| PF-16 |  |  |  |
| PF-18 |  |  |  |
| PF-19 |  |  |  |
| PF-20 |  |  |  |
| PF-21 |  |  |  |
| PF-22 |  |  |  |
| PF-23 |  |  |  |
| PF-24 |  |  |  |
| PF-25 |  |  |  |

Attachment 3

Passive Gas Well Inspection Log

(Weekly)

Before GCCS Improvements

**Closed Gary Sanitary Landfill**
**Passive Gas Well Inspection Log (Weekly), Before GCCS Improvements**

Staff: _____

Date: _____

| Well ID | Is a flame present? | | Is the passive flare operable? | | Provide Description of Any Improper Conditions Observed, and Course of Action Taken (if any) |
|---|---|---|---|---|---|
| | Yes | No | Yes | No | |
| PF-1 | | | | | |
| PF-2 | | | | | |
| PF-3 | | | | | |
| PF-4 | | | | | |
| PF-5 | | | | | |
| PF-6 | | | | | |
| PF-7 | | | | | |
| PF-8 | | | | | |
| PF-9 | | | | | |
| PF-10 | | | | | |
| PF-11 | | | | | |
| PF-14 | | | | | |
| PF-15 | | | | | |
| PF-16 | | | | | |
| PF-17 | | | | | |
| PF-18 | | | | | |
| PF-19 | | | | | |
| PF-20 | | | | | |
| PF-21 | | | | | |
| PF-22 | | | | | |
| PF-23 | | | | | |
| PF-24 | | | | | |
| PF-25 | | | | | |

Attachment 4

Passive Gas Well Inspection Log

(Weekly)

After GCCS Improvements

**Closed Gary Sanitary Landfill**
**Passive Gas Well Inspection Log (Weekly)**

Staff: _____

Date: _____

| Well ID | Is a flame present? | | Is the passive flare operable? | | Provide Description of Any Improper Conditions Observed, and Course of Action Taken (if any) |
|---|---|---|---|---|---|
| | Yes | No | Yes | No | |
| PF-1 | | | | | |
| PF-2 | | | | | |
| PF-3 | | | | | |
| PF-4 | | | | | |
| PF-5 | | | | | |
| PF-6 | | | | | |
| PF-14 | | | | | |
| PF-15 | | | | | |
| PF-16 | | | | | |
| PF-18 | | | | | |
| PF-19 | | | | | |
| PF-20 | | | | | |
| PF-21 | | | | | |
| PF-22 | | | | | |
| PF-23 | | | | | |
| PF-24 | | | | | |
| PF-25 | | | | | |

Attachment 5

Active Gas Extraction Well Monitoring Log

(Monthly)

Before GCCS Improvements

**Closed Gary Sanitary Landfill**
**Active Gas Extraction Well Monitoring Log (Monthly), Before GCCS Improvements**

Staff: _____

Date: _____

| Well ID | Pressure | Gas Readings | | Comments |
|---------|----------|--------------|----|----------|
|         | in. w.c. | Temp ° F | O$_2$ % |  |
| AW-1 |  |  |  |  |
| AW-2 |  |  |  |  |
| AW-3 |  |  |  |  |
| AW-4 |  |  |  |  |
| AW-5 |  |  |  |  |
| AW-6 |  |  |  |  |
| AW-7 |  |  |  |  |
| AW-8 |  |  |  |  |
| PF-12 |  |  |  |  |
| PF-13 |  |  |  |  |

Attachment 6

Active Gas Extraction Well Monitoring Log


(Twice Monthly: Up to 6 Months after GCCS Improvements)

or

(Monthly: 6 Months After GCCS Improvements)

**Closed Gary Sanitary Landfill**
**Active Gas Extraction Well Monitoring Log,**
**Twice Monthly (up to 6 months after GCCS improvements) or Monthly**

Staff: _____

Date: _____

| Well ID | Pressure in. w.c. | Gas Readings | | Comments |
|---------|------|------|------|----------|
| | | Temp ° F | O₂ % | |
| AW-1 | | | | |
| AW-2 | | | | |
| AW-3 | | | | |
| AW-4 | | | | |
| AW-5 | | | | |
| AW-6 | | | | |
| AW-7 | | | | |
| AW-8 | | | | |
| AW-9 | | | | |
| AW-10 | | | | |
| AW-11 | | | | |
| AW-12 | | | | |
| AW-13 | | | | |
| AW-14 | | | | |
| AW-15 | | | | |
| AW-16 | | | | |
| AW-17 | | | | |

Attachment 7

Active Gas Extraction Well Monitoring Log

5-Day Retest

**Closed Gary Sanitary Landfill**
**Active Gas Extraction Well Monitoring - Retest Log,**
**(within 5-days of the initial measurement of an exceedance)**

Staff: _____

Date: _____

| Well ID | Pressure | Gas Readings | | Comments |
|---|---|---|---|---|
| | in. w.c. | Temp ° F | O$_2$ % | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

1 of 1

Attachment 8

Active Gas Extraction Well Inspection Log

(Monthly)

Before GCCS Improvements

**Closed Gary Sanitary Landfill**
**Active Gas Extraction Well Inspection Log (Monthly)**

| **Perform the Following** |
| --- |
| Inspect well casing above grade for signs of damage, deterioration, or potential problems |
| Inspect sample ports and O-rings for cracks and damage |
| Check sample ports for any debris (clean as necessary) |
| Inspect and verify sample port caps are in place |
| Inspect joints (e.g., couplers, flanges, etc.) on wellhead and casing of the following: |
| • Leaks |
| • Hissing Sound |
| • Staining |
| • Accumulation of Liquid |
| • All clamps/fasteners are tight and operating properly |
| Inspect wellhead tuning valves to verify they are in good condition and functioning |
| Completely open and close all valves to ensure they operate smoothly through full range |
| Inspect flexible hoses for cracks, brittleness, deterioration kinks, constrictions, and proper length |
| Inspect and verify flex hose clamps are tight (adjust as needed) |
| Inspect installed thermometers for proper operation |
| Inspect coated components for abrasion, chipping, or cracking of the coating |
| Inspect connected conveyance piping, and associated clamps/fasteners for tightness |
| Describe any observations or actions taken |

**Closed Gary Sanitary Landfill**
**Active Gas Extraction Well Inspection Log (Monthly), Before GCCS Improvements**

Staff: _____

Date: _____

| Well ID | Was the Well Inspected? | | Provide Description of Any Improper Conditions Observed, and Course of Action Taken (if any) |
|---------|------|-----|---------------------------------------------------------------------------------------------|
|         | Yes  | No  |                                                                                             |
| AW-1    |      |     |                                                                                             |
| AW-2    |      |     |                                                                                             |
| AW-3    |      |     |                                                                                             |
| AW-4    |      |     |                                                                                             |
| AW-5    |      |     |                                                                                             |
| AW-6    |      |     |                                                                                             |
| AW-7    |      |     |                                                                                             |
| AW-8    |      |     |                                                                                             |
| PF-12   |      |     |                                                                                             |
| PF-13   |      |     |                                                                                             |

**General Comments (if any):**

Attachment 9

Active Gas Extraction Well Inspection Log

(Monthly)

After GCCS Improvements

**Closed Gary Sanitary Landfill**
**Active Gas Extraction Well Inspection Log (Monthly)**

| Perform the Following |
|---|
| Inspect well casing above grade for signs of damage, deterioration, or potential problems |
| Inspect sample ports and O-rings for cracks and damage |
| Check sample ports for any debris (clean as necessary) |
| Inspect and verify sample port caps are in place |
| Inspect joints (e.g., couplers, flanges, etc.) on wellhead and casing of the following: |
| • Leaks |
| • Hissing Sound |
| • Staining |
| • Accumulation of Liquid |
| • All clamps/fasteners are tight and operating properly |
| Inspect wellhead tuning valves to verify they are in good condition and functioning |
| Completely open and close all valves to ensure they operate smoothly through full range |
| Inspect flexible hoses for cracks, brittleness, deterioration kinks, constrictions, and proper length |
| Inspect and verify flex hose clamps are tight (adjust as needed) |
| Inspect installed thermometers for proper operation |
| Inspect coated components for abrasion, chipping, or cracking of the coating |
| Inspect connected conveyance piping, and associated clamps/fasteners for tightness |
| Describe any observations or actions taken |

**Closed Gary Sanitary Landfill**
**Active Gas Extraction Well Inspection Log (Monthly)**

Staff: _____

Date: _____

| Well ID | Was the Well Inspected? | | Provide Description of Any Improper Conditions Observed, and Course of Action Taken (if any) |
|---------|------|-----|---|
| | Yes | No | |
| AW-1 | | | |
| AW-2 | | | |
| AW-3 | | | |
| AW-4 | | | |
| AW-5 | | | |
| AW-6 | | | |
| AW-7 | | | |
| AW-8 | | | |
| AW-9 | | | |
| AW-10 | | | |
| AW-11 | | | |
| AW-12 | | | |
| AW-13 | | | |
| AW-14 | | | |
| AW-15 | | | |
| AW-16 | | | |
| AW-17 | | | |

**General Comments (if any):**

# APPENDIX 3

# Surface Monitoring SOP

# SOP-E28


# SURFACE EMISSIONS MONITORING (SEM) OPERATION SOP



## Table of Contents

1.0    SOP-E28: SEM Monitoring ..................................................................................................3

1.1    Purpose ..............................................................................................................................3

1.2    Summary .............................................................................................................................3

1.3    Definitions ..........................................................................................................................3

1.4    Required Equipment ..........................................................................................................3

1.5    Calibration ..........................................................................................................................4

1.6    Maintenance .......................................................................................................................4

1.7    Storage ...............................................................................................................................4

2.0    Monitoring Procedure ..........................................................................................................6

3.0    Onsite Hazards .....................................................................................................................8

3.1    Health and Safety Warnings ..............................................................................................8

3.1.1    Trip Hazards ...............................................................................................................8

3.1.2    Extreme weather conditions .....................................................................................8

3.1.3    Insects ........................................................................................................................8

3.1.4    Unauthorized personnel ............................................................................................8

3.1.5    Poisonous plants .......................................................................................................8

3.1.6    High volatile vapor levels ..........................................................................................8

3.1.7    SEM 5000 Operation Warnings .................................................................................8

3.2    How To Operate the SEM 5000 .........................................................................................9

3.3    Monitoring the Project Area ..............................................................................................9

3.4    Reporting ............................................................................................................................9

4.0    APPENDICES ..........................................................................................................................1

APPENDIX A    LANDTEC SEM 5000 EMISSIONS MONITOR OPERATING MANUAL...................2

APPENDIX B    ROUTE MAP......................................................................................................3

APPENDIX C    EXCEEDANCE FORM .........................................................................................4

APPENDIX D    USEPA NEW SOURCE PERFORMANCE STANDARDS (NSPS), 40 CFR 60.775 (C) AND (D) AND 40 CFR 60, APPENDIX A, METHOD 21 ................................................................5



## 1.0   SOP-E28: SEM MONITORING

### 1.1   Purpose

The purpose of Surface Emissions Monitoring (SEM) is to identify areas of surface methane emissions in exceedance of 500 parts per million (ppm) in order to satisfy monitoring requirements set forth by the USEPA New Source Performance Standards (NSPS), 40 CFR 60.775 (c) and (d) and 40 CFR 60, Appendix A, Method 21. The purpose of this document is to establish a uniform process for the monitoring and detection of toxic vapors at the surface of the landfill.

### 1.2   Summary

The City of Gary Closed Sanitary Landfill is comprised of approximately 120 acres between Burr Street & Colfax Street, in Gary, Lake County, Indiana (the Landfill). The Landfill is situated within the southeast quarter of Section 12, Township 36 North, Range 9 West.

SEM is conducted using a Landtec SEM 5000 Surface Emissions Monitor (SEM 5000). The SEM 5000 is a digital gas detection instrument from QED Environmental Systems, Inc. The intended use of the SEM 5000 is the measurement of low concentrations of methane in the field (landfill surface emissions monitoring, leakage surveys of natural gas networks, control pinpointing outside buildings, quantifying methane fluxes, and laboratory applications for gas analysis). The instrument is selective exclusively to methane, utilizing patented Laser technology.

This procedure is performed by walking a set path throughout the target area while holding the SEM 5000 within 5-10 centimeters of the ground surface.

### 1.3   Definitions

SEM – Surface Emissions Monitoring
PPE – Personal Protective Equipment
NBS – National Bureau of Standards
GPS – Global Positioning System

### 1.4   Required Equipment

The following equipment are required for SEM 5000 operation

- SEM 5000 Surface Emissions Monitor
- Operating manual
- Battery charger
- Jeweler's screwdriver for adjustments
- NBS traceable calibration gas (usually methane or ethane)
- "T" valve for calibration



- Intake assembly extension
- Strap for carrying SEM 5000
- Plastic bags or pelican case for protecting the SEM 5000 from moisture and dirt
- Cell Phone
- GPS (the SEM 5000 is equipped with integral GPS)
- Marking Flags
- Field Log/ Field Sheets
- Project Area Map
- Pens/ Sharpies
- Machete
- First Aid Kit
- PPE
  - Steel-Toed Boots
  - Nitrile Gloves
  - Long Sleeve Shirts
  - Full-Length Pants
  - Insect Repellent
  - High Visibility Vest
  - Sunscreen
  - Rain Gear

## 1.5   Calibration

A SEM 5000 will be used to sample the collection area for monitoring any detectable onsite emissions. The SEM 5000 will be calibrated with zero air, and methane diluted to a nominal concentration of 500 ppm in air prior to use. The SEM 5000 must be calibrated prior to each surface monitoring survey, recalibration of the SEM 5000 must be done for longer SEM events. The instructions to calibrate the SEM 5000 can be found in the Landtec SEM 5000 Surface Emissions Monitoring Operating Manual in **Appendix A**.

## 1.6   Maintenance

All preventative maintenance will be performed by a rental company (or the City of Gary if the SEM 5000 is owned and not rented). The unit shall be in proper working order prior to use.  If the equipment malfunctions in any way contact the rental company / or consult the user manual immediately.

## 1.7   Storage

Perform the following tasks each day upon conclusion of using the SEM 5000.

1. Recharge or replace batteries to ensure a full charge for next use.

2. Store in protective case provided with the SEM 5000.



Take any additional storage and maintenance steps recommended by the manufacturer as specified in the Landtec SEM 5000 Surface Emissions Monitoring Operating Manual in **Appendix A**.



## 2.0   MONITORING PROCEDURE

The Landfill will be monitored according to a route map which covers the entirety of the waste collection area in a radial pattern, following contour intervals of approximately 15 meters from bottom to top. The SEM 5000 should be held 5-10 centimeters above the ground in accordance with the Surface Emissions Monitoring plan. Before monitoring SEM emissions along the designated route, collect and record the background ambient instrument reading. This should be conducted onsite prior to the start of emission documentation along the route.  If surface measurements of methane concentration do not exceed 500 ppm for six months, the monitoring pattern may be adjusted to 30-meter intervals.  The route map indicating 15-meter contour intervals is included in **Appendix B**.

Use the Individual Monitoring Exceedance Form (**Appendix C)** in areas where the methane exceeds 500 parts per million (PPM). The form should only be used when a reading of 500 pm above the background is encountered during the surface monitoring. A separate form must be used for each initial exceedance. Each form requires the following information to be recorded:

- Date

- Time

- Monitoring Technician Initials

- Background reading (in ppm)

- Exceedance reading (in ppm)

- Location of exceedance (GPS coordinates)

Once this information has been recorded on the accompanying form, mark/flag area of the exceedance. Areas marked for methane exceedances should be with the marking flags. The site(s) identified with methane exceedances may require cover maintenance or adjustments to the vacuum of adjacent wells to increase gas collection within the vicinity of the measured exceedance before re-monitoring the location within ten (10) calendar days.

If the ten (10) day re-monitoring shows an exceedance, additional corrective actions taken must be described before re-monitoring of the location within another ten (10) days.

If the ten (10) day re-monitoring is less than 500 ppm, re-monitor location again one month from initial exceedance.

If the one (1) month re-monitoring is less than 500 ppm, resume normal quarterly monitoring.

\*\*For any location where monitored methane concentration equals or exceeds 500 ppm above background three times within a quarterly period, Gary shall either (i) install a new well or other



collection device or (ii) convert a nearby passive gas well to an active gas extraction well and connect the well to the active collection system within 120 days of the initial exceedance.



## 3.0   ONSITE HAZARDS

### 3.1   Health and Safety Warnings

#### 3.1.1 Trip Hazards

Be cautious of uneven terrain, debris, wildlife, etc.

#### 3.1.2 Extreme weather conditions

Dress appropriately for the anticipated weather conditions. Bring an adequate supply of water/ food. Take breaks as necessary.

#### 3.1.3 Insects

Be cautious of mosquitos, wasps, ticks, spiders, etc. Wear repellent and/or protective clothing to prevent unwanted insect contact.

#### 3.1.4 Unauthorized personnel

Report all unauthorized personnel to site contact and Metric project manager. Do not approach any unfamiliar persons encountered on-site. Keep cell phone available and charged to call in case of emergencies.

#### 3.1.5 Poisonous plants

Be cautious when in contact with foliage. Wear protective gear (pants, long-sleeve shirts, etc.) when traversing through areas of dense foliage. Check site specific information (if available) for commonly encountered plants within the project area. Be sure to wash any exposed or effected skin that may have come into contact with hazardous plants.

#### 3.1.6 High volatile vapor levels

Use previous vapor level data (if available) to assess the anticipated levels prior to entering the site. Levels of methane between 5% and 17% can provide an environment susceptible to explosions. Avoid creating any sparks or open flames within potentially dangerous environments. Short term exposure to conditions exceeding 17% methane can cause nausea, dizziness, and in extreme cases loss of consciousness.

#### 3.1.7 SEM 5000 Operation Warnings

The operator shall be equipped with antistatic Personal Protection Equipment (PPE), in combination with conductive or dissipative ground, and shoes with a resistance below $10^8 \Omega$.

The SEM 5000 contains an invisible laser source.  The instrument is classified Class 1 according to European standards.  Do no open the device.



### 3.2    How To Operate the SEM 5000

The Landtec SEM 500 Surface Emissions Monitor Operating Manual is attached as **Appendix A.**

### 3.3    Monitoring the Project Area

Set up and calibrate the instrument in accordance with the Landtec SEM 500 Surface Emissions Monitor Operating Manual.  Monitoring should only be performed during typical meteorological conditions.

1.  Determine the background concentration by moving the probe inlet upwind and downwind outside the boundary of the Landfill at a distance of at least 30 meters from the perimeter wells.

2.  Walk the perimeter of the project area that you are monitoring.

3.  Note any obstructions in the pathway or inaccessible areas. Do not attempt to access any unsafe areas.

4.  The SEM 5000 alarm will sound as methane levels approach 500 parts per million (ppm). Alternatively, the alarm may be set at 250 ppm to allow an elevated area to be monitored for the appropriate response time.

    a.  Mark on your map any locations that exceed 500 ppm on the SEM 5000.

    b.  Record the latitude and longitude and level of that location.

    c.  Plant a marking flag at that location for future use.

5.  Once one full lap is completed, offset 15 meters toward the center of the site and repeat steps 2-4.  As mentioned above, if surface measurements of methane concentration do no exceed 500 ppm for six months, the monitoring pattern may be adjusted to 30-meter intervals.

6.  Continue process in concentric circles until entire project area has been surveyed.

7.  Once completed, report all areas in exceedance of 500 ppm and all inaccessible areas to the site contact and Metric Project Manager.

### 3.4   Reporting

1.  Develop a map illustrating the pathway traveled using GPS coordinates recorded and the locations of any exceedances or inaccessible areas.

2.  Complete a letter report of the SEM survey.



3.  Submit the letter report with the map to the Site Contact and place in project file.



**4.0   APPENDICES**



**APPENDIX A      LANDTEC SEM 5000 EMISSIONS MONITOR OPERATING MANUAL**





# SEM5000

# Surface Emissions Monitor

## OPERATING MANUAL



QED Environmental Systems, Inc.

2355 Bishop Circle West

Dexter, MI.  48130





Certificato UNI-EN-ISO 9001

SEM5000 Surface Emissions Monitor

Operating Manual

## TABLE OF CONTENTS

ATEX WARNINGS ............................................................................................................................. 4

General Description .......................................................................................................................... 5

User Interface ................................................................................................................................... 6

Overview ....................................................................................................................................... 6

Connections ................................................................................................................................... 7

Display .......................................................................................................................................... 7

Navigation ..................................................................................................................................... 8

Using the SEM5000 .......................................................................................................................... 9

Turning the instrument ON ........................................................................................................... 9

Turning the instrument OFF ......................................................................................................... 10

Using GPS .................................................................................................................................... 10

GPS Activation .......................................................................................................................... 10

SEM5000 Set Up ........................................................................................................................... 11

Field Calibration .......................................................................................................................... 13

Air Test 1 .................................................................................................................................. 14

Gas Test 1 ................................................................................................................................. 15

Air Test 2 .................................................................................................................................. 16

Gas Test 2 ................................................................................................................................. 17

Air Test 3 .................................................................................................................................. 18

Gas Test 3 ................................................................................................................................. 18

Up Wind Test ............................................................................................................................ 19

Down Wind Test ....................................................................................................................... 20

Functions ..................................................................................................................................... 21

Data Save Options ................................................................................................................... 21

Delete Memory ........................................................................................................................ 22

Concentration Measurement .................................................................................................... 22

Alarms ...................................................................................................................................... 22

Backlight and Contrast ............................................................................................................. 23

Bluetooth .................................................................................................................................. 23

Maintenance ................................................................................................................................... 24

SEM5000 Surface Emissions Monitor

Operating Manual

Changing the Battery ....................................................................................................... 24

Charging the Battery ....................................................................................................... 25

Replacing the Water Trap Filter...................................................................................... 27

Extendable Sample Probe Maintenance ........................................................................ 28

    Replacing the Dust Filters .......................................................................................... 28

Replacing the Sample Tubing.......................................................................................... 30

Factory Calibration ......................................................................................................... 33

Instrument Specifications ................................................................................................... 34

Trouble Shooting ................................................................................................................. 36

Pump Error ...................................................................................................................... 37

Restarting the Pump ....................................................................................................... 37

Replacement Parts .............................................................................................................. 38

SEM5000 Warranty ............................................................................................................. 39

Appendix A – Safe Use of the Instrument ......................................................................... 40

Laser Radiation ............................................................................................................... 40

Other Precautions for Usage .......................................................................................... 40

Testing and Maintenance ............................................................................................... 40

Repair .............................................................................................................................. 40

Appendix B – Bluetooth Module Compliance .................................................................... 41

United States .................................................................................................................. 41

Canada ............................................................................................................................ 41

Europe ............................................................................................................................. 42

Appendix C – EU Declaration of Conformity ..................................................................... 43

SEM5000 Surface Emissions Monitor

Operating Manual

## ATEX WARNINGS

**Read the entire SEM5000 User Manual prior to operating the instrument**

This warning is issued to ensure proper knowledge of the instrument's operation.

**Replacment of the battery must only be performed in non-hazardous areas**

**Do not charge the battery in hazardous areas**

The charging of the batteries must be performed only in a safe place with the appropriate external adapter **QED SEM-BC**.

**Do not open the instrument**

Only authorized personnel can open the instrument for maintenance and repair.

The opening of the instrument by unauthorized personnel will void the product warranty.

**Maximum voltage Um < 15V**

The maximum voltage that can be applied to the non-intrinsically safe connection facilities of associated apparatus (battery charger) without invalidating the type of protection is 15 volts.

**Antistatic Personal Protection Equipment**

The operator shall be equipped with a complete antistatic Personal Protection Equipment (PPE), in combination with conductive or dissipative ground, and shoes with a resistance below $10^8 \Omega$.

**Do not connect the SEM5000 instrument, SEM5000 battery or SEM5000 battery charger to other equipment**

These devices are only designed to be used together in order to work properly and guarantee the safety of the users.

**Atex accessories**

Use only the following accessories with the instrument SEM5000:

➢ Rechargeable battery pack lithium ion (PBLO.NNNN.YY 3,7V 4000mAh)

Code: 205014

➢ Battery charger (CCLO.NNNNN.YY)

Code: 100189

➢ Power supply (Um<15 volts)

Code: 423007

Operating Manual

## GENERAL DESCRIPTION

The SEM5000 is a digital gas detection instrument from QED Environmental Systems, Inc. The intended use of the SEM5000 is the measurement of low concentrations of methane in the field (Landfill surface emissions monitoring, leakage surveys of natural gas networks, control pinpointing outside buildings, quantifying methane fluxes, and laboratory applications for gas analysis).

The instrument is selective exclusively to methane, thanks to the patented Laser technology inside. The SEM5000 delivers reliable and accurate measurement of methane concentrations, even if the sample contains other gases or hydrocarbons. Due to its lightweight design and modest size, the SEM5000 can be easily transported and is ideal for measuring methane concentrations in the field, (landfills, site investigations or gas networks). Thanks to its metrological sensitivity, accuracy, stability and response time, the SEM5000 is the perfect instrument for the detection and quantification of methane emissions.

The single-dial function selector makes the SEM5000 easy to use and the large, back-lit LCD-display provides easy to read menus and results. The SEM5000 has a measuring range covering 0 to 1,000,000 PPM (part per million) or 100% methane concentration. The SEM5000 also offers a rapid response time, improving the efficiency and saving time. The exceptional reactivity of the SEM5000 laser technology provides excellent results during field scans for fugitive traces of methane. The noteworthy combination of high sensitivity and rapid response deliver outstanding measurement quality. The SEM5000 is provided with integral GPS and Bluetooth, eliminating the need for additional devices. The internal memory is capable of storing up to 48 hours of scan data.

The SEM5000 is the perfect, easy-to-use instrument for accurately measuring and recording methane concentrations during surface emissions monitoring.

The SEM 5000 exists in Atex version and has been certified with the intrinsic safety protection mode and has obtained the following marking:



II 2 G Ex ib op is IIB T3 Gb  -25°C<T$_A$<+50°C

In hazardous environment the user must take care of the following standards EN 1127-1:2011 (Explosive atmospheres- Explosion prevention and protection - Basic concepts and methodology) and CLC/TR 50404:2003 ("Electrostatics Code of practice for the avoidance of hazards due to static electricity").

**ATTENTION:** The photos shown in this user manual are indicative.

Operating Manual

Overview



| | Description |
|---|---|
| [A] | ON/OFF button + Backlight |
| [B] | Function button |
| [C] | Buzzer |
| [D] | Selector Dial |
| [E] | LED Alarm Lights and Impact Bumpers |
| [F] | Strap Connectors |

**SEM5000 Surface Emissions Monitor**

## Operating Manual

### Connections



| | Description |
|---|---|
| [A] | Gas Sample Inlet and Water Trap Filter Holder |
| [B] | Battery Charger/Data Download Connector |

### Display



| | DESCRIPTION |
|---|---|
| [A] | Pump Status/Save Location/GasTest Indicators |
| [B] | Audible Alarm Status |
| [C] | GPS Status |
| [D] | Battery Charge Status |
| [E] | Bluetooth (when connected to your PC, icon will change to 🅱️PC |
| [F] | Percentage of Memory Used |
| [G] | Concentration Level of Sample |
| [H] | Test Status Indicator/Gas Threshold |
| [I] | Reading Type (ABS)/Gas Measured (CH4)/Scale of Measurement (PPM or %VOL) |

SEM5000.002
© QED Environmental Systems Inc.

SEM5000 Surface Emissions Monitor

## Operating Manual

Navigation

Push the green selector dial and the menu will appear in the display window.
Use the selector dial to scroll through the available menu options.

Once you have identified your desired option, push the selector dial to confirm your selection.

While the Option menu is active, the concentration value of the gas sample is shown in the upper right-hand corner of the display. The exceedance threshold is displayed in the lower right-hand corner of the display.

Select "ESC" to exit the Options menu.



| Start Test |
| Stop Test |
| Select Gas 500/250/100 |
| ON/OFF Pump |
| ON/OFF Buzzer |
| ON/OFF GPS |
| ON/OFF LOG |
| Sel. Save Interval |
| Save Event |
| Delete Memory |
| LCD Contrast |
| Manual Save |
| ESC |

**Start Test** – Begin pre- scan span gas test
**Stop Test** – Complete pre-scan span gas test
**Select Gas 500/200/100** – Choose PPM value of exceedance threshold
**ON/OFF Pump** – Start and stop pump
**ON/OFF Buzzer** – Enable and disable audible exceedance alarm
**ON/OFF GPS** – Enable and disable GPS
**ON/OFF Log** – Start and stop auto save for scan data
**Sel. Save Interval** – Select auto save interval, (1 second to 10 seconds)
**Save Event** – Manually save an additional event during auto save
**Delete Memory** – Clear all saved data
**LCD Contrast** – Adjust display contrast
**Manual Save** – Manually save readings during scan, (disables auto save)
**ESC** – Exit Option menu

SEM5000 Surface Emissions Monitor

## Operating Manual

Press and hold the ON/OFF button for few seconds, until the display is activated.
The start-up sequence includes several steps:



The Landtec Logo is displayed

Information about the version of the instrument firmware, serial number of the instrument, next recommended calibration date is displayed

NOTE: If there is existing data stored in the instrument's memory from a previous survey, the message "DATA TO DOWNLOAD" will appear at the bottom of the screen.

       

The instrument will warm up. The warm up lasts approximately 20-30 seconds.

NOTE: The instrument's functions are not available during the warm up period.

Once the warm up and calibration are complete, the four LED lights will blink and the alarm will sound

A concentration level will be displayed. This is the actual measurement of methane in the atmosphere. Naturally occurring methane levels in atmosphere are typically 2.5ppm

The SEM5000 is now ready to operate

Operating Manual

Press the Function button to turn off the pump.



An "X" will appear over the pump icon in the upper left corner to indicate that the pump is off.

## Turning the instrument OFF

To switch off the instrument, press and hold the ON/OFF button [A] for a few seconds.
A shut off message will appear on the display and will count down to shut off.

## Using GPS

Upon start up, the GPS is not active. It must be activated prior to field calibration.

NOTE: Data is only acquired and saved when the GPS is active

### GPS Activation

- Push the Selector dial to display the Option menu
- Use the Selector dial to scroll through options to "ON/OFF GPS"
- Push the Selector dial to turn on the GPS



- Press the selector dial to confirm the selection. An "X" will appear over the GPS globe icon at the top of the screen while it attempts to acquire a signal
- Once the signal has been acquired, the "X" over the GPS icon will be replaced by the letters "GPS" with alternating blue and white dots at the corners of the icon

NOTE: GPS must be activated in order for the instrument to save any scan data

SEM5000.002
© QED Environmental Systems Inc.

SEM5000 Surface Emissions Monitor

Operating Manual

| Icon | Description | Icon | Description |
|------|-------------|------|-------------|
| | GPS active but waiting for signal | | GPS off |
| | GPS active | | Save location |

NOTE: The GPS module is a high-performance receiver with the ability to track up to 20 satellites.

Start up time for the GPS module can vary according to the strength of the actual signal received.

The presence of high trees or buildings, aerial power lines or other obstructions will affect the signal. Typically, in an open area, the GPS will fix in 1 to 3 minutes.

In the event of signal loss during the survey, the instrument will continue to log gas values and will associate the to the last saved tracked GPS position until the signal is reacquired.

SEM5000 Set Up

Once GPS has been activated, survey parameters will need to be set up. Gas Exceedance levels and data storage preferences must be selected.

- Push the Selector dial to display the Option menu and scroll to the "Select Gas 500/250/100" option and press the Selector dial to display the gas concentration menu

- Scroll to choose 500, 250 or 100 parts per million and push the Selector dial to store your choice



- Push the Selector dial and scroll to the "Log" option

- Press the selector dial again to choose "ON" or "OFF"

**SEM5000 Surface Emissions Monitor**

Operating Manual

> NOTE: Once logging has been turned "ON" or "OFF" it will remain in that mode until changed by the user.
>
> The "Log" function must be turned "ON" in order for the SEM5000 to automatically save survey readings.
>
> When the "Log" function is not activated, the word "OFF" will appear at the bottom of the display screen.
>
> When the "Log" function is activated, the percent symbol, (%), will be displayed at the bottom of the screen. During the survey, this will indicate the percentage of available memory that has been used.

- Press the Selector dial and scroll to the "Select Save Interval" option and push the Selector dial to display time save options



- Scroll to select auto save time, (1 second to 10 seconds), and press again to confirm your selection

 

> NOTE: If you do not wish to utilize the Auto Save function, bypass the "Select Save Interval" option and instead activate the "Manual Save" option.
>
> This option will allow you to use the "Function" button to manually save readings at desired intervals.

- The instrument is now ready for field calibration

Operating Manual

Field calibration consists of three alternating measurements between two calibration gases, (zero air and methane)

- Connect demand-flow gas regulator(s) to calibration gas bottles



NOTE: The regulator flow must be a minimum of 0.6L/min to avoid restricting the pump.

The SEM5000 package is provided with one demand-flow regulator with a C10 fitting. It is recommended that two regulators be used, (one per bottle), for ease of calibration.

- Push the Selector Dial, scroll to the "Start Test" option and press the Selector dial again



- The instrument will guide you through the field calibration procedure with alternating icons appearing in the upper left corner of the screen to indicate

    - Air

    - Gas250/500

    - Upwind Test                        

    - Downwind Test

- The screen will also display instructions to start, stop and track each test

SEM5000 Surface Emissions Monitor

Operating Manual

- Once you have selected "Start Test", the screen will display the instructions, "Press F to start Air 1"



## Air Test 1

- Connect the tubing from the gas regulator for the zero air calibration gas to the sample inlet of the SEM5000

 

NOTE: If the tube is not fully inserted into the sample inlet of the SEM5000, the concentration readings during field calibration may appear to be erratic and difficult to stabilize.

- Press the Function, (F) button
- The pump will start and the display will begin to count down as the zero air is drawn into the SEM5000



- Once the reading has stabilized on the display, press the Function, (F) button again to stop the pump and complete Air Test 1
- Stabilization will take approximately 20-30 seconds

Operating Manual

- Once you stop the pump to complete Air Test 1, the screen will display the instructions, "Press F to start Gas 1"



## Gas Test 1

- Disconnect the zero air tube from the sample inlet of the SEM5000 and connect the tubing from the gas regulator to the methane calibration gas to the sample inlet of the SEM5000



- Press the Function, (F) button

- The sample concentration display will count up to the highest reading as it samples the bottled gas

- The gas test is timed and will continue for twenty seconds. The remaining time is displayed above the sample concentration level



- Once the 20 second test time is complete, the message "TEST OK SAVED" will appear on screen.

- When "TEST OK SAVED" appears, remove the tube from the sample inlet of the SEM5000

    - The pump will continue to run for several seconds to clear any residual methane from the chamber before the next test begins.

SEM5000.002
© QED Environmental Systems Inc.

Operating Manual

- After purging for several seconds, the pump will shut off automatically



- After the pump shuts off, the instructions "Press F to start Air 2" will appear



## Air Test 2

- Connect the tubing from the gas regulator for the zero air calibration gas to the sample inlet of the SEM5000

- Press the Function, (F) button

- The pump will start and the display will begin to count down as the zero air is drawn into the SEM5000

- Once the reading has stabilized on the display, (this will take approximately 30 seconds), press the Function button again to stop the pump and complete Air Test 2



- Once you stop the pump to complete Air Test 2, the screen will display the instructions, "Press F to start Gas 2"



Operating Manual

- Disconnect the zero air tube from the sample inlet of the SEM5000 and connect the tubing from the gas regulator to the methane calibration gas to the sample inlet of the SEM5000

- Press the Function, (F) button

- The sample concentration display will count up to the highest reading as it samples the bottled gas

- The gas test is timed and will continue for twenty seconds. The remaining time is displayed above the sample concentration level



- Once the 20 second test time is complete, the message "TEST OK SAVED" will appear on screen.

- When "TEST OK SAVED" appears, remove the tube from the sample inlet of the SEM5000

    - The pump will continue to run for several seconds to clear any residual methane from the chamber before the next test begins.

- After purging for several seconds, the pump will shut off automatically



- After the pump shuts off, the instructions, "Press F to start Air 3" will appear



Operating Manual

<div style="background:purple;color:white;padding:4px;">Air Test 3</div>

- Connect the tubing from the gas regulator for the zero air calibration gas to the sample inlet of the SEM5000

- Press the Function, (F) button

- The pump will start and the display will begin to count down as the zero air is drawn into the SEM5000



- Once the reading has stabilized on the display, (this will take approximately 20 to 30 seconds), press the Function button again to stop the pump and complete Air Test 3

- Once you stop the pump to complete Air Test 3, the screen will display the instructions, "Press F to start Gas 3"



<div style="background:purple;color:white;padding:4px;">Gas Test 3</div>

- Disconnect the zero air tube from the sample inlet of the SEM5000 and connect the tubing from the gas regulator to the methane calibration gas to the sample inlet of the SEM5000

- Press the Function, (F) button

- The sample concentration display will count up to the highest reading as it samples the bottled gas

- The gas test is timed and will continue for twenty seconds. The remaining time is displayed above the sample concentration level



## Operating Manual

- Once the 20 second test time is complete, the message "TEST OK SAVED" will appear on screen.

- When "TEST OK SAVED" appears, remove the tube from the sample inlet of the SEM5000

    - The pump will continue to run for several seconds to clear any residual methane from the chamber before the next test begins.

- After purging for several seconds, the pump will shut off automatically



- After the pump shuts off, the screen will display the instructions, "Press F to start Up Wind Test"



| Up Wind Test |
| --- |

- Move to your established "Up Wind" test location and press the Function button, (F) to start the Up Wind test

- The Up Wind test is is a timed test and will draw a sample of atmosphere in through the sample inlet for 30 seconds

- The time remaining in the Up Wind test will be displayed above the sample concentration level



## Operating Manual

- Once the test is complete, the pump will automatically shut off and the instruction "Press F to start Down Wind test" will be displayed



**Down Wind Test**

- Move to your established "Down Wind" test location and press the Function, (F) button to start the Down Wind test

- The Down Wind test is is a timed test and will draw a sample of atmosphere in through the sample inlet for 30 seconds

- The time remaining in the Down Wind test will be displayed above the sample concentration level



- Once the test is complete, the pump will automatically shut off and the instruction "Press F to start SURVEY" will be displayed



- Field calibration is now complete and the calculated exceedance value is displayed in the lower right corner

SEM5000 Surface Emissions Monitor

Operating Manual

> NOTE: The exceedance value displayed is the average of the three air/gas test and the Up Wind and Down Wind tests to account for existing background levels. This calculated value will be the alarm threshold for an exceedance and will be stored in the SEM5000 memory for the remainder of the day.
>
> If your SEM event will span multiple days, you will need to perform a new field calibration at the beginning of each day.
>
> If you plan to survey multiple sites on the same day, you will need to perform field calibration at each site.

- Connect the extendable sample probe to the sample inlet of the SEM5000, press the Function button, (F) and begin your survey

| Functions |
| --- |
| Data Save Options |

**LOG** – Activates the Auto Save function. When "LOG" is enabled, the SEM5000 will automatically save readings as you continue your survey. It will stop saving only if the pump is turned off or when the instrument is shut down.

The SEM5000 is constantly reading the concentration as the sample is drawn in. It in LOG mode, it automatically saves a reading every second, by default. Auto Save intervals can be customized with the Sel.Save Interval option.

**Sel. Save Interval** – Allows the user to customize the Auto Save intervals. By scrolling with the Selector Dial, the user can choose save intervals of 1 second to 10 seconds.

**Manual Save** – This option allows the user to save readings manually at desired intervals. When choosing this option, the Auto Save feature is disabled. Using the Selector Dial, the user will scroll through the options menu and use the "ON/OFF Pump" option to start and stop the pump during the survey. Once the pump has started, the user will walk the predetermined scan path. The SEM5000 will be taking samples and displaying concentrations but will not be automatically saving any data. When the user wishes to save a reading, they will press the Function button and that specific reading will be saved. In Manual Save mode, a reading will be saved every time the Function button is pressed.

**Save Event** – This feature allows the user to save additional points during Auto Save. If there is a point of particular interest that the user wants to note or remember, they will use the Selector Dial to scroll through to the Manual Save option and press the Selector Dial to save that specific location as an event point.

Operating Manual

- To delete the data stored in the instrument, press the Selector Dial and rotate it until the Option menu displays DELETE MEMORY.

- Press the Selector Dial to confirm the selection.
    o A second message will appear to verify that you wish to delete the data.

- If you are certain that you wish to proceed, turn the Selector Dial until YES appears on the screen and press the Selector Dial again.



NOTE: The SEM5000 will store up to 480 hours of scan data before the memory must be deleted.

Concentration Measurement

The SEM5000 is able to measure the methane selectively, eliminating potential for cross-gas effects, in a range 0-100% VOL. In the range 0-1000 the scale displayed is PPM. If more than 1%, or 10,000PPM, the displayed scale is %VOL.

The SEM5000 measures in Absolute Mode, providing an accurate reading of the sample and ambient methane concentrations. The measurement reading is shown on the display in Parts Per Million (PPM). Upon start up, the pump will run and measure and display the ambient CH4 concentrations. Normal levels of CH4 in atmosphere are approximately 2.5 PPM.

The SEM5000 is designed to alarm at exceedance levels of 100ppm, 250ppm and 500ppm. The user must establish the desired exceedance threshold level prior to daily field calibration, (see "SEM5000 Set Up").

Alarms

The SEM5000 features an audible acoustic alarm and flashing LED alarm lights.

The acoustic alarm sounds and the LED flashes, when the instrument is switched ON and when the measured gas has exceeded the alarm threshold.
The acoustic alarm can be enabled or disabled by using the Selector Dial and Options menu.

Operating Manual

When the alarm is turned off, the alarm icon appears crossed on the display. When the measured gas concentration exceeds the alarm threshold the LED flashes, even when the acoustic alarm is disabled. As a safety precaution, the LED alarm lights cannot be disabled.

Backlight and Contrast

To change the display illumination, push the "Start" button until you reach the desired illumination. The display has 4 levels of illumination.

To adjust the contrast of the display, press the Selector Dial and scroll through the Options menu until "LCD contrast" appears. Rotate the Selector Dial to increase or decrease the amount of contrast, (from 10% to 100%).
Press the Selector Dial to confirm the selection.

Bluetooth

Bluetooth is always active and the icon appears in the lower, left-hand corner of the display.

Note: For further information please contact Technical Support at QED at (800) 968-2026 or email landtec_support@qedenv.com.

SEM5000 Surface Emissions Monitor

Operating Manual

Changing the Battery



3MM Allen Key

Battery Pack

Remove all four screws



Remove discharged battery

Replace with fully charged battery and tighten screws

 **!**   Replace the battery only in non-hazardous locations.

SEM5000 Surface Emissions Monitor

Operating Manual

<div style="background:gray">Charging the Battery</div>

The SEM5000 is supplied with rechargeable battery pack (PBLO.NNNN.YY 3,7V 4Ah Code 205014). The battery can only be charged using the approved CCLO charger (code 201006) and power supply cord (Code423007), supplied with the unit.

To charge the battery:
- Remove it from the SEM5000, (see "Changing the Battery")
- Plug the 9-pin connector into the battery's Battery Charger/Data Download connector



- Plug the power supply cord into the center power port of the charger



- Plug the other end into a standard electrical outlet.
- It is recommended to connect the charger with the power supply according the figure below, using the two polarity connector in conformity with the maximum authorized voltage Um equal to 15V



- The  charger's indicator light will glow red when the instrument is charging and will turn green to indicate that the charge is complete

The duration of the complete charge cycle is typically 4 hours 30 min.
The typical autonomy of the device in operation is 10 hours at ambient temperature and with the backlight ON.
Many factors, such as ambient temperature, activation of the backlight or the alarms can affect this duration.

SEM5000.002
© QED Environmental Systems Inc.

Operating Manual

The battery is Lithium ion technology. This battery pack is not restricted according to the European and international regulations of dangerous goods. Therefore, the device can be transported by plane following the requirements of the labelling of the package.

The charge level of the battery is shown with a battery icon in the upper, right-hand corner of the screen. It displays three levels of charge. The last level corresponds to the last 30 minutes of operation at 20°C.

 **Do Not Charge batteries in temperatures below zero degrees C.**

**Do not charge batteries in hazardous areas**

**Do not charge battery when connected to SEM5000**

NOTE: The SEM5000 battery charger can also be used to connect the instrument directly to your PC for data download if Bluetooth is not available on your computer.

Leave the battery connected to the SEM5000

Plug the 9-pin connector into the battery's battery charger/download connector



Plug the provided USB cable into the "USB 2" port on the battery charger and connect the other end to your PC

SEM5000 Surface Emissions Monitor

Operating Manual

Replacing the Water Trap Filter



Remove filter holder by turning counter clockwise



Replace water trap filter



Replace filter holder and turn clockwise to lock in place

NOTE: The water trap filter should be checked and changed periodically. It is recommended that it be changed prior to each SEM event. At a minimum, it should be checked quarterly and is recommended to be checked weekly during periods of heavy use.

Operating Manual

| Extendable Sample Probe Maintenance |
| Replacing the Dust Filters |

The SEM5000 extendable sample probe has two dust filters. The first is a sintered bronze dust filter for course particles and is located inside the windscreen and the end of the wand. The second is a cellulose fiber filter for fine dust particles and is located behind the windscreen.

Both of these filters should be replaced periodically. It is recommended that, at a minimum, they be changed at the beginning of each SEM event. You may need to change them more often, depending on individual site conditions.

To change the bronze dust filter:



Using a 13mm socket, unscrew the bronze dust filter and remove it from its position inside the windscreen



Discard the old filter and replace it with a new filter



Tighten the filter with your fingers and, if necessary, use the 13mm socket for final tighten

## Operating Manual

To change the cellulose dust filter:



Unscrew and remove windscreen from the end of the sample probe



Once the windscreen has been removed, remove and discard the cellulose filter from the filter holder at the end of the wand



Replace the discarded filter with a new cellulose filter



Replace and hand-tighten the windscreen

Operating Manual

The SEM5000 exdentable sample probe contains a 5-foot section of tubing that directs the sample into the instrument. Should the tube become kinked or break, it must be replaced to avoid restricting the pump or causing errors in the concentration readings.

To replace the tubing:



Unscrew and remove the windscreen from the end of the sample probe



Remove the cellulose dust filter from the end of the filter holder



Unscrew and remove the nut at the top of the filter holder and remove the filter holder from the end of the sample probe



Using a 3mm allen wrench, release the nut inside the filter holder

**SEM5000 Surface Emissions Monitor**

Operating Manual



Hold the tube, unscrew the filter holder and remove the quick-connect fitting from inside the filter holder



Remove the old tubing from the quick-connect fitting



Remove the old tubing from the handle end of the sample probe



Feed replacement tubing into the handle end and push it all the way through the probe



Connect the replacement tubing to the quick-connect fitting

SEM5000 Surface Emissions Monitor

Operating Manual



Screw the quick-connect fitting back into the filter holder and hand-tighten



Use the 3mm allen wrench to provide a final tighten



Replace the cellulose dust filter in the end of the filter holder



Replace the filter holder on the end of the sample probe and tighten the nut at the top of the filter holder



Replace and hand-tighten the windscreen

SEM5000 Surface Emissions Monitor

Operating Manual

Factory Calibration

It is recommended that your SEM5000 be sent to QED biennially, (every two years), for inspection and calibration.
Your instrument's recommended calibration due date is shown on the unit's display screen at start up.

Operating Manual

## INSTRUMENT SPECIFICATIONS

The SEM5000 uses an internal membrane pump. The typical flow is 0.8 l/m. The minimum flow is 0.6 l/m. The maximum flow is 1 l/m.

The use of accessories, such as the probe, can slightly reduce this flow. It is advised to only use the parts and accessories supplied by QED.

The gas sample entrance connector has a size of D2 X D4 mm.

A hydrophobic internal filter protects the device against any entrance of dust or water. It is strongly advised to use an external dust filter in order to avoid the accumulation of dirt in the internal filter.

NOTE: The water trap filter is not designed to protect against chemicals.

 The aspiration of water or impurities may cause malfunction of the pneumatic circuits and in some cases may damage the sensors.

| Target gas | Methane |
|---|---|
| Measurement ranges | 1-10000ppm |
| | 0.1% - 100% v/v (option) |
| Sensitivity | 1ppm |
| Threshold of sensitivity | 0.3ppm |
| Accuracy | +/-0.7ppm for [1 ; 10ppm] |
| | +/-10% relative up to 10000 |
| Response time | T90 = 2.5 seconds |
| | T90 = 3.5 seconds with probe |
| Environmental working conditions | Humidity : from 5% to 80% relative humidity |
| | Temperature : -25°C to +50°C |
| | In a non-condensing atmosphere |
| | Pressure : Atmospheric pressure 1013mb ±100mb |
| Power supply | Specific Li ion rechargeable battery pack |
| | 3,7V – 4000mA/h |
| | Recharging duration: 4 hours 30 min |

SEM5000 Surface Emissions Monitor

Operating Manual

| Autonomy | 10 hours at 20°C (with backlight activated) |
| | 8 hours at extreme temperatures with backlight activated |
| Case | Carbon reinforced polyamide with fiberglass |
| | Dimensions: L x w x h = 229 x 97 x 109mm |
| | Weight: 1.3Kg (in operation) |
| Protection level | IP65 |
| Environmental storage conditions (excluding batteries) | Humidity : < 95% relative humidity |
| | Temperature : -40°C to +60°C |
| Sampling flowrate | 0.8 l/min.; [0.6 ; 1l/min.] |
| User interface | Large Display: matrix of 240x128 |
| | Selector Dial: Scroll menu for a rapid and easy selection |
| | 3 Keys for a direct activation of the functions |
| Alarms | Threshold of the methane concentration |
| | Pump stopped |
| Sound level of the buzzer (30cm) | 85 dB (A) |
| Indicators of the device status | Measurement mode |
| | Battery level |
| | Pump |
| | Communication |
| Electrical connections | Multiplug for battery charger and for a communication with a computer. |
| | Equipped with a security ring. |
| Gas connections | Quick-connect gas inlet coupling with locking mechanism: suction rod on the right side. |
| | Quick-connect gas outlet coupling. |
| Carrying Straps | Synthetic band, 30mm |

## Operating Manual

| TROUBLE SHOOTING |
|---|

| Problem | Possible Cause | Solution |
|---|---|---|
| Acoustic alarm and flashing of the LED lights | GAS alarm | Concentration measured above the alarm threshold. |
| The display shows the message ERROR PUMP, LED flashing and the icon is crossed | Pump stopped | The pump has stopped due to ingress of water or a high quantity of dust. Check/change water and dust filters. |
| Flashing of the Battery icon | Low Battery | Battery charge is low. When icon flashes, the battery will still provide about 30 minutes of use (at +20°C). Swap battery with fully charged spare and continue with your scan. |
| Display shows: LOW BATTERY | Dead Battery | The battery charge has been fully depleted. The SEM5000 will shut itself down. Swap battery with fully charged spare and continue with your scan. |
| Display shows: NO COMM FROM LASER | Communication has failed | Turn off and restart SEM5000. If the error persists, contact the service. |
| Display shows: LASER SENSOR ERROR 130 | Communication has failed | Turn off and restart SEM5000. If the error persists, contact the service. |
| Display shows: LASER SENSOR ERROR 135 | Communication has failed | Turn off and restart SEM5000. If the error persists, contact the service. |
| Display shows: LASER SENSOR ERROR 142 | Communication has failed | Turn off and restart SEM5000. If the error persists, contact the service. |
| Display shows: LASER SENSOR ERROR 144 | Communication has failed | Turn off and restart SEM5000. If the error persists, contact the service. |
| Display shows: LASER SENSOR ERROR 150 | Communication has failed | Turn off and restart SEM5000. If the error persists, contact the service. |

Note: For further information please contact Technical Support at QED at (800) 968-2026 or email landtec_support@qedenv.com.

SEM5000 Surface Emissions Monitor

Operating Manual

Pump Error

The instrument detects when the pump flow is compliant, otherwise the pump stops, the LEDs light up, the icon of the pump shows a cross and you will see the message "PUMP ERROR" is displayed.



The instrument detects when the pump flow is restricted or blocked. The pump stops, the LEDs light up, the icon of the pump shows a cross and you will see the message "PUMP ERROR" is displayed on the screen.
If this error occurs, turn off the SEM5000, check the water trap filter and probe ends for potential restrictions. Once you have cleared any restrictions, restart the instrument.

If you want to turn the pump off manually, press the Selector Dial, scroll to the "ON / OFF Pump" option and press the dial again. Once pressed, the "Pump" icon will be displayed with an "X", indicating that the pump is off.

NOTE: This menu is available only when the GPS is activated and the "Save Location" icon is shown on the display. When the pump is off, the display shows five horizontal lines "-----"

Restarting the Pump

• Press the Function button
• The "X" over the pump icon will disappear and the pump will start again

The field in the upper, left-hand corner of the screen can display two different icons:
When the GPS is off, the "Pump" icon is displayed.
When the GPS is on, the "Save Location" icon is displayed.

Note: For further information please contact Technical Support at QED at (800) 968-2026 or email landtec_support@qedenv.com.

SEM5000.002
© QED Environmental Systems Inc.

Operating Manual

## REPLACEMENT PARTS

| Part Number | Description |
|---|---|
| SEM-CASE | SEM5000 Carrying Case for Instrument, Telescoping Handle and Expendable Accessories |
| SEM-SCASE | SEM5000 Soft Carrying Case, (fanny-pack style), for Instrument only |
| SEM-STRAP | SEM5000 Two-Point Carrying Strap |
| SEM-PROBE | SEM5000 Telescoping Probe Handle with windscreen. Extends to 4' 3" |
| SEM-SP | SEM5000 Windscreen for Telescoping Probe |
| SEM-BATT | SEM5000 Battery Pack |
| SEM-BC | SEM5000 Battery Charger with USB Download Cable |
| SEM-CBC | SEM5000 12V Car Charger for Battery |
| SEM-QC | SEM5000 On-Demand Test Gas Regulator. Male Thread, for use with gas cylinders with C10 fitting. 0.6L/min flow rate |
| SEM-TUBE | SEM5000 Tubing for Probe Handle. Priced Per Foot. |
| SEM-WFK10 | SEM5000 Water Trap Filter Kit. Includes: 10 Hydrophobic Filters, 25mm PTFE 45um. For use in Removable Filter Holder |
| SEM-DFKB | SEM5000 Dust Filter Kit for extendable sample probe. Includes: 10 Bronze Dust Filters for Insertion in end of Sample Probe |
| SEM-DFKC | SEM5000 Dust Filter Kit for extendable sample probe. Includes: 25 Cellulose Dust Filters for insertion in end of sample probe |
| SEM-HOLD | SEM5000 Removable Filter Holder for Hydrophobic Filter |
| CGCH4-500 | Calibration gas for SEM. CH4 500ppm / Balance Air, 105L bottle |
| CGAIR-0 | Calibration gas for SEM. Air - Ultra Zero Grade, 105L bottle |

Operating Manual

## SEM5000 WARRANTY

This instrument is guaranteed, to the original end user purchaser, against defect in materials and workmanship for a period of **3 years** from the date of the shipment to the user.

During this period QED will repair or replace defective parts on an exchange basis.

The decision to repair or replace will be determined by QED.

To maintain this warranty, the purchaser must perform maintenance and calibration as prescribed in the operating manual.

Normal wear and tear, and parts damaged by abuse, misuse, negligence or accidents are specifically excluded from the warranty.

Note: For further information please contact Technical Support at QED at (800) 968-2026 or email landtec_support@qedenv.com.

## Operating Manual

<div style="background:navy;color:white">APPENDIX A – SAFE USE OF THE INSTRUMENT</div>

The information contained in these safety instructions must be followed in addition to the warnings in the user manual supplied to the customer.

### Laser Radiation

The SEM5000 contains an invisible laser source. The instrument is classified Class 1 according European standards.

**Do not open the device**

### Other Precautions for Usage

The charging of the batteries must be performed in a safe place with the appropriate external adapter.

The instrument is dedicated to measurements in ambient air or can accept gas mixture containing non-corrosive chemical products. In case of the presence of gas mixture except that hydrocarbon and neutral gases, contact QED to verify the compatibility with the device.

### Testing and Maintenance

The checks and maintenance of certified equipment should be performed according to the criteria of the standard EN60079-17.

### Repair

In the event of malfunction or damage is recommended to send the equipment to QED for repair.

Note: For further information please contact Technical Support at QED at (800) 968-2026 or email landtec_support@qedenv.com.

Operating Manual

## APPENDIX B – BLUETOOTH MODULE COMPLIANCE

The Bluetooth module has a QDID registered with the Bluetooth SIG :

QDID: B014867

### United States

The device contains Transmitter Module FCC ID: T9J-RN42. This device complies with Part 15 of the FCC Rules.

Operation is subject to the following two conditions: (1) this device may not cause harmful interference, and (2) this device must accept any interference

received, including interference that may cause undesired operation.

This equipment has been tested and found to comply with the limits for a Class B digital device, pursuant to part 15 of the FCC Rules. These limits are designed to provide reasonable protection against harmful interference in a residential installation. This equipment generates, uses and can radiate radio frequency energy, and if not installed and used in accordance with the instructions, may cause harmful interference to radio communications. However, there is no guarantee that interference will not occur in a particular installation. If this equipment does cause harmful interference to radio or television reception, which can be determined by turning the equipment off and on, the user is encouraged to try to correct the interference by one or more of the following measures:

• Reorient or relocate the receiving antenna.

• Increase the separation between the equipment and receiver.

• Connect the equipment into an outlet on a circuit different from that to which the receiver is connected.

• Consult the dealer or an experienced radio/TV technician for help.

### Canada

The device contains transmitter module IC: 6514A-RN42.

This device complies with Industry Canada license exempt RSS standard(s). Operation is subject to the following two conditions: (1) this device may not cause interference, and (2) this device must accept any interference, including interference that may cause undesired operation of the device.

Le présent appareil est conforme aux CNR d'Industrie Canada applicables aux appareils radio exempts de licence. L'exploitation est autorisée aux deux conditions suivantes: (1) l'appareil ne doit pas produire de brouillage, et (2) l'utilisateur de l'appareil doit accepter tout brouillage radioélectrique subi, même si le brouillage est susceptible d'en compromettre le fonctionnement.

SEM5000 Surface Emissions Monitor

## Operating Manual

Under Industry Canada regulations, this radio transmitter may only operate using an antenna of a type and maximum (or lesser) gain approved for the transmitter by Industry Canada. To reduce potential radio interference to other users, the antenna type and its gain should be so chosen that the equivalent isotropically radiated power (e.i.r.p.) is not more than that necessary for successful communication.

Conformément à la réglementation d'Industrie Canada, le présent émetteur radio peut fonctionner avec une antenne d'un type et d'un gain maximal (ou inférieur) approuvé pour l'émetteur par Industrie Canada. Dans le but de réduire les risques de brouillage radioélectrique à l'intention des autres utilisateurs, il faut choisir le type d'antenne et son gain de sorte que la puissance isotrope rayonnée équivalente (p.i.r.e.) ne dépasse pas l'intensité nécessaire à l'établissement d'une communication satisfaisante.

### Europe

The Bluetooth module has been tested to R&TTE Directive 1999/5/EC Essential Requirements for Health and Safety (Article (3.1(a)), Electromagnetic Compatibility (EMC) (Article 3.1(b)), and Radio (Article 3.2) and are summarized below :

| Certification | Standards | Article | Laboratory | Report Number | Date |
|---|---|---|---|---|---|
| Safety | EN 60950-1:2006+A11:2009+A1:2010+A12:2011 | [3.1(a)] | Worldwide Testing Services (Taiwan) Co., Ltd. | W6M21402-13966-L | 2014-03-24 |
| Health | EN 62479:2010 | | | W6M21402-13966-62479 | 2014-03-13 |
| EMC | EN 301 489-1 V1.9.2 (2011-09) | [3.1(b)] | | W6M21402-13966-E-16 | 2014-03-13 |
| | EN 301 489-17 V2.2.1 (2012-09) | | | | |
| Radio | EN 300 328 V1.8.1 (2012-06) | (3.2) | | W6M21402-13966-T-45 | 2014-03-13 |
| Notified Body Opinion | CE0681 | — | Eurofins Product Service GmbH | U9M-1404-3736-C-V01 | 2014-04-15 |

SEM5000 Surface Emissions Monitor

Operating Manual

## APPENDIX C – EU DECLARATION OF CONFORMITY



QED Environmental Systems, Inc. declares that the product, SEM5000 ATEX, is in conformity with the provisions of the following EU directives and that the standards and/or technical specifications referenced below have been applied:

-With the annex II of the 2014/34/ EU directive from 26 April 2016

- With the EN 60079-0 : 2012 + A11 :2013 - Explosive atmospheres – Part 0: Equipment – General requirements

- With the EN 60079-11:2012 - Explosive atmospheres - Part 11. Equipment protection by intrinsic safety « i »

- With the EN 60079-28:2015 - Explosive atmospheres - Part 28. Protection of equipment and transmission systems using optical radiation.

- With the 2014/53/UE Directive RED (Radio Equipment Directive) of 12th August 2016: Electromagnetic compatibility ETSI EN 301 489-1; ETSI EN 301 489-17 ; ETSI EN 301 489-19 ; EN 61326-1 (2012) ; Radio FCC 15.107/109 + ICES 003
- Protection level of the envelop: Degrees of protection provided by enclosures EN 60529 Oct 1992
- Safety of laser products: EN 60825-1:2014 + A1 (IEC)
- Certificate of calibration:  according ISO/IEC 17025
- Transport of Lithium ion rechargeable battery; Battery pack non restricted for transport according to the UN3480 & UN3481 - Recommendations on the transport of dangerous goods
- With the type of apparatus that have been examined and fully approved by the INERIS notified body, rue J. Taffanel, 60550 Verneuil en Halatte (France), organization registered under the number 0080 and for which INERIS has issued a EU-Type examination certificate under the number: **INERIS 18 ATEX 0029X**.

The manufacturing plant in Bolzano has been registered under the number

N° TPS 17 ATEX Q 53690 008 by the TUV SUD Zertifizierstelle München, notified body registered under the number 0123.

This declaration is exclusively issued under the responsibility of the manufacturer or, where appropriate, by the authorized representative.

**APPENDIX B      ROUTE MAP**





**APPENDIX C      EXCEEDANCE FORM**



**Individual Monitoring Exceedance Form**
**Surface Monitoring Design Plan**

Use this form to record an individual monitoring exceedance and follow-up monitoring activities. This form is only used when a reading of 500 ppm above background is encountered during the surface monitoring. Use a separate form for each initial exceedance.

**Initial Monitoring Exceedance:** EXCEEDANCE
Date: _____ Time: _____ am pm  Monitoring Technician Initials: _____
Instrument reading - Background reading: _____ ppm - _____ ppm = _____ ppm

Location of monitored exceedance (include description of field mar~~~~ ~~
Aprox- GPS: _____)
Describe cover maintenance or adjustments to the vacuum of adjacent wells to increase gas collection in vicinity of measured exceedance before remonitoring in 10 days:


**Remonitor location within 10 calendar days of initial exceedance:**
Date: _____ Time:_____am pm  Monitoring Technician Initials:_____
Instrument reading - Background reading: _____ppm - _____ppm =_____ppm

If 10 day remonitoring shows an exceedance, describe additional corrective action taken before remonitoring again within 10 days:


If the 10 day remonitoring is <500 ppm, remonitor 1 month from initial exceedance:
Date: _____ Time:_____am pm  Monitoring Technician Initials:_____
Instrument reading - Background reading: _____ppm - _____ppm =_____ppm

If the 1 month remonitoring is <500 ppm, resume normal quarterly monitoring.
If the 1 month remonitoring shows an exceedance, describe additional corrective action taken before remonitoring again within 10 days:

**Remonitor location within 10 calendar days of 2nd exceedance:**
Date: _____ Time:_____am pm   Monitoring Technician Initials:_____
Instrument reading - Background reading: _____ppm - _____ppm =_____ppm

If the 10 day remonitoring is <500 ppm, remonitor 1 month from initial exceedance:
Date: _____ Time:_____am pm   Monitoring Technician Initials:_____
Instrument reading - Background reading: _____ppm - _____ppm =_____ppm

If the 1 month remonitoring is <500 ppm, resume normal quarterly monitoring.
If the 1 month remonitoring shows an exceedance, describe additional corrective action taken before remonitoring again within 10 days:

(use additional forms if necessary)*

*If remonitoring shows 3 consecutive exceedances within a quarterly period a new well or other collection device must be installed within 120 days of initial exceedance or alternative remedies/timelines may be submitted to the Administrator for approval. Further monitoring is not necessary until the remedy is completed.

**APPENDIX D       USEPA NEW SOURCE PERFORMANCE STANDARDS (NSPS), 40 CFR 60.775 (C) AND (D) AND 40 CFR 60, APPENDIX A, METHOD 21**



METHOD 21—DETERMINATION OF VOLATILE ORGANIC COMPOUND LEAKS

*1.0 Scope and Application*

1.1 Analytes.

| Analyte | CAS No. |
|---|---|
| Volatile Organic Compounds (VOC) | No CAS number assigned. |

1.2  Scope. This method is applicable for the determination of VOC leaks from process equipment. These sources include, but are not limited to, valves, flanges and other connections, pumps and compressors, pressure relief devices, process drains, open-ended valves, pump and compressor seal system degassing vents, accumulator vessel vents, agitator seals, and access door seals.

1.3 Data Quality Objectives. Adherence to the requirements of this method will enhance the quality of the data obtained from air pollutant sampling methods.

*2.0 Summary of Method*

2.1 A portable instrument is used to detect VOC leaks from individual sources. The instrument detector type is not specified, but it must meet the specifications and performance criteria contained in section 6.0. A leak definition concentration based on a reference compound is specified in each applicable regulation. This method is intended to locate and classify leaks only, and is not to be used as a direct measure of mass emission rate from individual sources.

*3.0 Definitions*

3.1 *Calibration gas* means the VOC compound used to adjust the instrument meter reading to a known value. The calibration gas is usually the reference compound at a known concentration approximately equal to the leak definition concentration.

3.2 *Calibration precision* means the degree of agreement between measurements of the same known value, expressed as the relative percentage of the average difference between the meter readings and the known concentration to the known concentration.

3.3 *Leak definition concentration* means the local VOC concentration at the surface of a leak source that indicates that a VOC emission (leak) is present. The leak definition is an instrument meter reading based on a reference compound.

3.4 *No detectable emission* means a local VOC concentration at the surface of a leak source, adjusted for local VOC ambient concentration, that is less than 2.5 percent of the specified leak definition concentration. that indicates that a VOC emission (leak) is not present.

3.5 *Reference compound* means the VOC species selected as the instrument calibration basis for specification of the leak definition concentration. (For example, if a leak definition concentration is 10,000 ppm as methane, then any source emission that results in a local concentration that yields a meter reading of 10,000 on an instrument meter calibrated with methane would be classified as a

leak. In this example, the leak definition concentration is 10,000 ppm and the reference compound is methane.)

3.6 *Response factor* means the ratio of the known concentration of a VOC compound to the observed meter reading when measured using an instrument calibrated with the reference compound specified in the applicable regulation.

3.7 *Response time* means the time interval from a step change in VOC concentration at the input of the sampling system to the time at which 90 percent of the corresponding final value is reached as displayed on the instrument readout meter.

*4.0 Interferences [Reserved]*

*5.0 Safety*

5.1 Disclaimer. This method may involve hazardous materials, operations, and equipment. This test method may not address all of the safety problems associated with its use. It is the responsibility of the user of this test method to establish appropriate safety and health practices and determine the applicability of regulatory limitations prior to performing this test method.

5.2 Hazardous Pollutants. Several of the compounds, leaks of which may be determined by this method, may be irritating or corrosive to tissues (*e.g.,* heptane) or may be toxic (*e.g.,* benzene, methyl alcohol). Nearly all are fire hazards. Compounds in emissions should be determined through familiarity with the source. Appropriate precautions can be found in reference documents, such as reference No. 4 in section 16.0.

*6.0 Equipment and Supplies*

A VOC monitoring instrument meeting the following specifications is required:

6.1 The VOC instrument detector shall respond to the compounds being processed. Detector types that may meet this requirement include, but are not limited to, catalytic oxidation, flame ionization, infrared absorption, and photoionization.

6.2 The instrument shall be capable of measuring the leak definition concentration specified in the regulation.

6.3 The scale of the instrument meter shall be readable to ±2.5 percent of the specified leak definition concentration.

6.4 The instrument shall be equipped with an electrically driven pump to ensure that a sample is provided to the detector at a constant flow rate. The nominal sample flow rate, as measured at the sample probe tip, shall be 0.10 to 3.0 l/min (0.004 to 0.1 ft³/min) when the probe is fitted with a glass wool plug or filter that may be used to prevent plugging of the instrument.

6.5 The instrument shall be equipped with a probe or probe extension or sampling not to exceed 6.4 mm ( ¼ in) in outside diameter, with a single end opening for admission of sample.

6.6 The instrument shall be intrinsically safe for operation in explosive atmospheres as defined by the National Electrical Code by the National Fire Prevention Association or other applicable regulatory code for operation in any explosive atmospheres that may be encountered in its use. The

instrument shall, at a minimum, be intrinsically safe for Class 1, Division 1 conditions, and/or Class 2, Division 1 conditions, as appropriate, as defined by the example code. The instrument shall not be operated with any safety device, such as an exhaust flame arrestor, removed.

### 7.0 Reagents and Standards

7.1 Two gas mixtures are required for instrument calibration and performance evaluation:

7.1.1 Zero Gas. Air, less than 10 parts per million by volume (ppmv) VOC.

7.1.2 Calibration Gas. For each organic species that is to be measured during individual source surveys, obtain or prepare a known standard in air at a concentration approximately equal to the applicable leak definition specified in the regulation.

7.2 Cylinder Gases. If cylinder calibration gas mixtures are used, they must be analyzed and certified by the manufacturer to be within 2 percent accuracy, and a shelf life must be specified. Cylinder standards must be either reanalyzed or replaced at the end of the specified shelf life.

7.3 Prepared Gases. Calibration gases may be prepared by the user according to any accepted gaseous preparation procedure that will yield a mixture accurate to within 2 percent. Prepared standards must be replaced each day of use unless it is demonstrated that degradation does not occur during storage.

7.4 Mixtures with non-Reference Compound Gases. Calibrations may be performed using a compound other than the reference compound. In this case, a conversion factor must be determined for the alternative compound such that the resulting meter readings during source surveys can be converted to reference compound results.

### 8.0 Sample Collection, Preservation, Storage, and Transport

8.1 Instrument Performance Evaluation. Assemble and start up the instrument according to the manufacturer's instructions for recommended warmup period and preliminary adjustments.

8.1.1 Response Factor. A response factor must be determined for each compound that is to be measured, either by testing or from reference sources. The response factor tests are required before placing the analyzer into service, but do not have to be repeated at subsequent intervals.

8.1.1.1 Calibrate the instrument with the reference compound as specified in the applicable regulation. Introduce the calibration gas mixture to the analyzer and record the observed meter reading. Introduce zero gas until a stable reading is obtained. Make a total of three measurements by alternating between the calibration gas and zero gas. Calculate the response factor for each repetition and the average response factor.

8.1.1.2 The instrument response factors for each of the individual VOC to be measured shall be less than 10 unless otherwise specified in the applicable regulation. When no instrument is available that meets this specification when calibrated with the reference VOC specified in the applicable regulation, the available instrument may be calibrated with one of the VOC to be measured, or any other VOC, so long as the instrument then has a response factor of less than 10 for each of the individual VOC to be measured.

8.1.1.3 Alternatively, if response factors have been published for the compounds of interest for the instrument or detector type, the response factor determination is not required, and existing results may be referenced. Examples of published response factors for flame ionization and catalytic oxidation detectors are included in References 1-3 of section 17.0.

8.1.2 Calibration Precision. The calibration precision test must be completed prior to placing the analyzer into service and at subsequent 3-month intervals or at the next use, whichever is later.

8.1.2.1 Make a total of three measurements by alternately using zero gas and the specified calibration gas. Record the meter readings. Calculate the average algebraic difference between the meter readings and the known value. Divide this average difference by the known calibration value and multiply by 100 to express the resulting calibration precision as a percentage.

8.1.2.2 The calibration precision shall be equal to or less than 10 percent of the calibration gas value.

8.1.3 Response Time. The response time test is required before placing the instrument into service. If a modification to the sample pumping system or flow configuration is made that would change the response time, a new test is required before further use.

8.1.3.1 Introduce zero gas into the instrument sample probe. When the meter reading has stabilized, switch quickly to the specified calibration gas. After switching, measure the time required to attain 90 percent of the final stable reading. Perform this test sequence three times and record the results. Calculate the average response time.

8.1.3.2 The instrument response time shall be equal to or less than 30 seconds. The instrument pump, dilution probe (if any), sample probe, and probe filter that will be used during testing shall all be in place during the response time determination.

8.2 Instrument Calibration. Calibrate the VOC monitoring instrument according to section 10.0.

8.3 Individual Source Surveys.

8.3.1 Type I—Leak Definition Based on Concentration. Place the probe inlet at the surface of the component interface where leakage could occur. Move the probe along the interface periphery while observing the instrument readout. If an increased meter reading is observed, slowly sample the interface where leakage is indicated until the maximum meter reading is obtained. Leave the probe inlet at this maximum reading location for approximately two times the instrument response time. If the maximum observed meter reading is greater than the leak definition in the applicable regulation, record and report the results as specified in the regulation reporting requirements. Examples of the application of this general technique to specific equipment types are:

8.3.1.1 Valves. The most common source of leaks from valves is the seal between the stem and housing. Place the probe at the interface where the stem exits the packing gland and sample the stem circumference. Also, place the probe at the interface of the packing gland take-up flange seat and sample the periphery. In addition, survey valve housings of multipart assembly at the surface of all interfaces where a leak could occur.

8.3.1.2 Flanges and Other Connections. For welded flanges, place the probe at the outer edge of the flange-gasket interface and sample the circumference of the flange. Sample other types of nonpermanent joints (such as threaded connections) with a similar traverse.

8.3.1.3 Pumps and Compressors. Conduct a circumferential traverse at the outer surface of the pump or compressor shaft and seal interface. If the source is a rotating shaft, position the probe inlet within 1 cm of the shaft-seal interface for the survey. If the housing configuration prevents a complete traverse of the shaft periphery, sample all accessible portions. Sample all other joints on the pump or compressor housing where leakage could occur.

8.3.1.4 Pressure Relief Devices. The configuration of most pressure relief devices prevents sampling at the sealing seat interface. For those devices equipped with an enclosed extension, or horn, place the probe inlet at approximately the center of the exhaust area to the atmosphere.

8.3.1.5 Process Drains. For open drains, place the probe inlet at approximately the center of the area open to the atmosphere. For covered drains, place the probe at the surface of the cover interface and conduct a peripheral traverse.

8.3.1.6 Open-ended Lines or Valves. Place the probe inlet at approximately the center of the opening to the atmosphere.

8.3.1.7 Seal System Degassing Vents and Accumulator Vents. Place the probe inlet at approximately the center of the opening to the atmosphere.

8.3.1.8 Access door seals. Place the probe inlet at the surface of the door seal interface and conduct a peripheral traverse.

8.3.2 Type II—"No Detectable Emission". Determine the local ambient VOC concentration around the source by moving the probe randomly upwind and downwind at a distance of one to two meters from the source. If an interference exists with this determination due to a nearby emission or leak, the local ambient concentration may be determined at distances closer to the source, but in no case shall the distance be less than 25 centimeters. Then move the probe inlet to the surface of the source and determine the concentration as outlined in section 8.3.1. The difference between these concentrations determines whether there are no detectable emissions. Record and report the results as specified by the regulation. For those cases where the regulation requires a specific device installation, or that specified vents be ducted or piped to a control device, the existence of these conditions shall be visually confirmed. When the regulation also requires that no detectable emissions exist, visual observations and sampling surveys are required. Examples of this technique are:

8.3.2.1 Pump or Compressor Seals. If applicable, determine the type of shaft seal. Perform a survey of the local area ambient VOC concentration and determine if detectable emissions exist as described in section 8.3.2.

8.3.2.2 Seal System Degassing Vents, Accumulator Vessel Vents, Pressure Relief Devices. If applicable, observe whether or not the applicable ducting or piping exists. Also, determine if any sources exist in the ducting or piping where emissions could occur upstream of the control device. If the required ducting or piping exists and there are no sources where the emissions could be vented to the atmosphere upstream of the control device, then it is presumed that no detectable emissions are present. If there are sources in the ducting or piping where emissions could be vented or sources where leaks could occur, the sampling surveys described in section 8.3.2 shall be used to determine if detectable emissions exist.

8.3.3 Alternative Screening Procedure.

8.3.3.1 A screening procedure based on the formation of bubbles in a soap solution that is sprayed on a potential leak source may be used for those sources that do not have continuously moving parts, that do not have surface temperatures greater than the boiling point or less than the freezing point of the soap solution, that do not have open areas to the atmosphere that the soap solution cannot bridge, or that do not exhibit evidence of liquid leakage. Sources that have these conditions present must be surveyed using the instrument technique of section 8.3.1 or 8.3.2.

8.3.3.2 Spray a soap solution over all potential leak sources. The soap solution may be a commercially available leak detection solution or may be prepared using concentrated detergent and water. A pressure sprayer or squeeze bottle may be used to dispense the solution. Observe the potential leak sites to determine if any bubbles are formed. If no bubbles are observed, the source is presumed to have no detectable emissions or leaks as applicable. If any bubbles are observed, the instrument techniques of section 8.3.1 or 8.3.2 shall be used to determine if a leak exists, or if the source has detectable emissions, as applicable.

*9.0 Quality Control*

| Section | Quality control measure | Effect |
|---------|------------------------|--------|
| 8.1.2 | Instrument calibration precision check | Ensure precision and accuracy, respectively, of instrument response to standard. |
| 10.0 | Instrument calibration | |

*10.0 Calibration and Standardization*

10.1 Calibrate the VOC monitoring instrument as follows. After the appropriate warmup period and zero internal calibration procedure, introduce the calibration gas into the instrument sample probe. Adjust the instrument meter readout to correspond to the calibration gas value.

NOTE: If the meter readout cannot be adjusted to the proper value, a malfunction of the analyzer is indicated and corrective actions are necessary before use.

*11.0 Analytical Procedures [Reserved]*

*12.0 Data Analyses and Calculations [Reserved]*

*13.0 Method Performance [Reserved]*

*14.0 Pollution Prevention [Reserved]*

*15.0 Waste Management [Reserved]*

*16.0 References*

1. Dubose, D.A., and G.E. Harris. Response Factors of VOC Analyzers at a Meter Reading of 10,000 ppmv for Selected Organic Compounds. U.S. Environmental Protection Agency, Research Triangle Park, NC. Publication No. EPA 600/2-81051. September 1981.

2. Brown, G.E., *et al.* Response Factors of VOC Analyzers Calibrated with Methane for Selected Organic Compounds. U.S. Environmental Protection Agency, Research Triangle Park, NC. Publication No. EPA 600/2-81-022. May 1981.

3. DuBose, D.A. *et al.* Response of Portable VOC Analyzers to Chemical Mixtures. U.S. Environmental Protection Agency, Research Triangle Park, NC. Publication No. EPA 600/2-81-110. September 1981.

4. Handbook of Hazardous Materials: Fire, Safety, Health. Alliance of American Insurers. Schaumberg, IL. 1983.

# APPENDIX 4

# Cover Integrity SOP

# Closed Gary Sanitary Landfill
# Cover Integrity SOP

## 1.0 Introduction

The existing landfill final cover system consists of a geosynthetic clay liner (GCL) overlain by a 3-foot thick protective cover layer consisting of sand. Within the sand, stormwater collection piping directs infiltrating rainfall to the toe of the landfill slope. American Beachgrass was used for the vegetative cover.

In accordance with the Consent Decree and the 40 CFR 60, Subpart WWW [§ 60.755(c)(5)] New Source Performance Standards (NSPS) for municipal solid waste landfills, a program to monitor for cover integrity and implement cover repairs as necessary on a monthly basis will be implemented. This monthly inspection monitoring and maintenance of the cover system is necessary to maintain the integrity of the landfill cover relative to its intended purpose. Maintaining the cover integrity is important to minimize erosion, damage to the GCL, and environmental impacts.

## 2.0 Monthly Cover Integrity Inspections

The Cover Integrity Inspections are to be performed monthly. The following items will be inspected and then cover repairs will be implemented as necessary:

- Slope drainage (inspect for ponded areas)
- Evidence of stressed vegetation from gas or leachate seeps
- Vegetation quality (large areas of bare sand, surface cracks, fissures, exposed GCL)
- Erosion on cover and slopes
- Damage from external sources (e.g., vehicles, animals, etc.)

Areas exhibiting any of the conditions listed above shall be further evaluated to determine cause and appropriate corrective actions. Inspection personnel will record and report any observations in detail on the "Monthly Cover Integrity Inspection Form" provided as **Attachment 1** to this SOP.

## 3.0 Inspection Records

All cover integrity inspections forms, including improper conditions found and a description of cover repairs, will be saved every month for future use or reference.

## 4.0 Cover Repairs

Inspection personnel will review the noted monthly observations with the designated landfill supervisor to identify and schedule corrective actions and/or repairs that are deemed necessary. Any improper conditions found during inspection shall be corrected as soon as possible. Inspection personnel will record a description of cover repairs including dates of repair work on the bottom of the "Monthly Cover Integrity Inspection Form" provided as **Attachment 1** to this SOP.



Attachment 1

Monthly Cover Integrity Inspection Form

**Closed Gary Sanitary Landfill**
**Monthly Cover Integrity Inspection Form**

Date: _____          Inspector Name: _____

Weather Conditions: _____

| Perform the Following | Was Item Inspected? | | Provide Description of Any Improper Condition(s) Observed, and Course of Action Taken (if any) |
|---|---|---|---|
| | Yes | No | |
| Confirm positive drainage (no ponded areas) | | | |
| Inspect for evidence of stressed vegetation from gas or leachate seeps | | | |
| Inspect vegetation quality (large areas of bare sand, surface cracks, fissures, exposed GCL) | | | |
| Inspect for erosion on cover and slopes | | | |
| Inspect for damage from external sources (e.g. vehicles, animals, etc.) | | | |

Description of cover repairs including date(s) of repair work:

Inspector Signature (once repair work is complete): _____